**United States District Court**
**Northern District of California**

SEALED BY ORDER OF COURT

E-filing

# CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

EJD

**Case Name:**

USA v.   JONATHAN CHANG, aka "RuWu Charng," and

GRACE CHANG, aka "Wei-Lin Chang"

**Case Number:**

CR 16    00047

HRL

**Total Number of Defendants:**

1 ☐        2-7 ☑        8 or more ☐

**Is This Case Under Seal?**

Yes ☐        No ☑

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**

Yes ☐        No ☑

**Venue (Per Crim. L.R. 18-1):**

SF ☐    OAK ☐    SJ ☑    EUR ☐    MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**

Yes ☐        No ☑

**Assigned AUSA (Lead Attorney):**
AMIE D. ROONEY

**Is this a RICO Act gang case?**

Yes ☐        No ☑

**Date Submitted:**
February 4, 2016

**Comments:**

| Save | Print | Clear Form |

July 2013