**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 1 - 5th Floor
**Criminal Minute Order**

# TITLE: USA v. Jonathan Chang (NC)(P), Grace Chang (NC)(P)
# CASE NUMBER: 5:16-cr-00047-EJD

**TIME IN COURT:** 2 mins
(1:46 – 1:48 PM)

| | |
|---|---|
| **Date: February 22, 2016** | **U.S. Probation Officer:** N/A |
| **Courtroom Deputy: Elizabeth Garcia** | **U.S. Pretrial Services Officer:** N/A |
| **Court Reporter: Irene Rodriguez** | **Interpreter:** N/A |

## APPEARANCES:
Government Attorney(s) present: Amie Rooney
Defendant Attorney(s) present: Edward Swanson (J.Chang), Leland Altschuler (G.Chang)

## PROCEEDINGS: Status Hearing

## ORDER AFTER HEARING:
**Hearing held.**
**The court continues the matter as to each defendant as to each case to April 25, 2016 at 1:30 PM for a Further Status Hearing. Time is excluded from February 22, 2016 through April 25, 2016 for effective preparation of counsel and the court finds the case complex.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC: