Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611016111
Cashier ID: escolac
Transaction Date: 03/07/2016
Payer Name: JONATHAN AND GRACE CHANG

COMMERCIAL REGISTRY OTHER
For: JONATHAN AND GRACE CHANG
Case/Party: D-CAN-5-16-CR-000047-001
Amount: $0.00

NON-CASH COLLATERAL
Amt Tendered: $0.00

Total Due: $0.00
Total Tendered: $0.00
Change Amt: $0.00

5-CR-16-000047-EJD:


Bond Posting is for BOTH DFTS 1 & 2

Jonathan Change: Dft 1


Grace Chang:

5-CAN-5-16-CR-000047-002


Deed of Trust#23236059 (County Recpt), Obligation for df1&2, Appraisal, Full Reconveyance, Title Insurance


Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.