UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE VENUE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JONATHAN CHANG AND<br>GRACE CHANG,<br><br>Defendants.<br>_____/ | CR No. 16-00047 EJD HRL<br><br>ORDER ON APPLICATION FOR<br>MODIFICATION OF BOND (~~Proposed~~). |

On the Application by Defendants Jonathan Chang and Grace Chang for modification of conditions of pretrial release, and good cause appearing, it is ORDERED THAT:

1. Pretrial Services is directed to request courtesy supervision of defendants by the United States Pretrial Services Office in the Central District of California, effective as of a date mutually agreed by the Pretrial Services in the Northern District and Central District;

2. That should the Pretrial Services Office in the Central District accept courtesy supervision, then both defendants may temporarily reside in the Central District of California, and

3. All other conditions of supervised release shall continue as previously ordered.

DATED: 4/28/2016.

_____
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins