# EXHIBIT A

**RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE**
**(WITH ARBITRATION PROVISION)**

FORM# 2340  CUST# 3527373
STORE#47
Dealer Number __N0304609__   Contract Number __636239__   R O S Number __57397534__   Stock Number __DA502301__

DEAL# 636239

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JONATHAN CHANG 22215 RAE LN CUPERTINO CA SANTA CLARA 9501 | WEILIN CHANG 22215 RAE LN CUPERTINO CA SANTA CLARA 95014 | MERCEDES BENZ OF STEVENS CREEK 4500 STEVENS CREEK BOULEVARD SAN JOSE, CA 95129 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U S funds according to the payment schedule below We will figure your finance charge on a daily basis The Truth-In-Lending Disclosures below are part of this contract

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2013 | MERCEDES-BEN S550V | 30971 | WDDNG7DB8DA502301 | Personal, family or household use unless otherwise indicated below ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit, including your down payment of $5000.00 is |
|---|---|---|---|---|
| 2 99 % | $ 6266.99 (e) | $ 65983.61 | $ 72250.56 (e) | $ 77250.56 (e) |

(e) means an estimate

YOUR PAYMENT SCHEDULE WILL BE

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of N/A | N/A | N/A |
| One Payment of N/A | N/A | N/A |
| One Payment of N/A | N/A | N/A |
| 71 | 1003.48 | Monthly beginning 10/20/2015 |
| N/A | N/A | N/A |
| One final payment 1 | 1003.48 | 09/20/2021 |

Late Charge If payment is not received in full within 10 days after it is due you will pay a late charge of 5% of the part of the payment that is late
Prepayment If you pay off all your debt early you may be charged a minimum finance charge
Security Interest You are giving a security interest in the vehicle being purchased
Additional Information: See this contract for more information including information about nonpayment default any required repayment in full before the scheduled date, minimum finance charges, and security interest

## ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others)

1  Total Cash Price
A  Cash Price of Motor Vehicle and Accessories                $ 53959.00 (A)
   1  Cash Price Vehicle         $ 53959.00
   2  Cash Price Accessories     $ N/A
   3  Other (Nontaxable)
      Describe  N/A              $ N/A
      Describe  N/A              $ N/A
B  Document Processing Charge (not a governmental fee)         $ 80.00 (B)
C  Emissions Testing Charge (not a governmental fee)           $ N/A (C)
D  (Optional) Theft Deterrent Device (to whom paid)  N/A       $ N/A (D)
E  (Optional) Theft Deterrent Device (to whom paid)  N/A       $ N/A (E)
F  (Optional) Theft Deterrent Device (to whom paid)  N/A       $ N/A (F)
G  (Optional) Surface Protection Product (to whom paid)  SISKIN  $ 688.00 (G)
H  (Optional) Surface Protection Product (to whom paid)  N/A    $ N/A (H)
I  EV Charging Station (to whom paid)  N/A                     $ N/A (I)
J  Sales Tax (on taxable items in A through I)                 $ 4788.61 (J)
K  Electronic Vehicle Registration or Transfer Charge  MVSC    $ 29.00

## STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company agent or broker You are not required to buy any other insurance to obtain credit Your decision to buy or not buy other insurance will not be a factor in the credit approval process

### Vehicle Insurance

| | Term | Premium |
|---|---|---|
| $ N/A Ded Comp Fire & Theft | N/A Mos | $ N/A |
| $ N/A Ded. Collision | N/A Mos | $ N/A |
| Bodily Injury $ N/A Limits | N/A Mos | $ N/A |
| Property Damage $ N/A Limits | N/A Mos | $ N/A |
| Medical N/A | N/A Mos | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us You are not required to buy any other insurance to obtain credit

Buyer X
Co-Buyer X
Seller X

If any insurance is checked below policies or certificates from the named insurance companies will describe the terms and conditions

### Application for Optional Credit Insurance

☐ Credit Life   ☐ Buyer   ☐ Co Buyer   ☐ Both
☐ Credit Disability (Buyer Only)

| | Term | Exp | Premium |
|---|---|---|---|
| Credit Life | N/A Mos | N/A | $ N/A |
| Credit Disability | N/A Mos | N/A | $ N/A |
| Total Credit Insurance Premiums | | | $ N/A |

Insurance Company Name  N/A
Home Office Address

Credit life insurance and credit disability insurance are not required to obtain credit Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process They will not be provided unless you sign and agree to pay the extra cost Credit life insurance is based on your original payment schedule This insurance may not pay all you owe on the contract if you make late payments Credit disability insurance does not cover any increase in your payment or in the number of payments Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above

You are applying for the credit insurance marked above Your signature below means that you agree that (1) You are not eligible for insurance if you have

1B24-0112

| | | | |
|---|---|---|---|
| 1. Cash Price Vehicle | $ | N/A | (A) |
| 2. Cash Price Accessories | $ | N/A | |
| 3. Other (Nontaxable) | | | |
| Describe N/A | $ | N/A | |
| Describe N/A | $ | N/A | |
| B. Document Processing Charge (not a governmental fee) | $ | 80.00 | (B) |
| C. Emissions Testing Charge (not a governmental fee) | $ | N/A | (C) |
| D. (Optional) Theft Deterrent Device (to whom paid) N/A | $ | N/A | (D) |
| E. (Optional) Theft Deterrent Device (to whom paid) N/A | $ | N/A | (E) |
| F. (Optional) Theft Deterrent Device (to whom paid) N/A | $ | N/A | (F) |
| G. (Optional) Surface Protection Product (to whom paid) SISKIN | $ | 688.00 | (G) |
| H. (Optional) Surface Protection Product (to whom paid) N/A | $ | N/A | (H) |
| I. EV Charging Station (to whom paid) N/A | $ | N/A | (I) |
| J. Sales Tax (on taxable items in A through I) | $ | 4788.61 | (J) |
| K. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) (to whom paid) MVSC | $ | 29.00 | (K) |
| L. (Optional) Service Contract (to whom paid) MB ELW | $ | 5850.00 | (L) |
| M. (Optional) Service Contract (to whom paid) MB PPM | $ | 1950.00 | (M) |
| N. (Optional) Service Contract (to whom paid) DENT ZONE | $ | 500.00 | (N) |
| O. (Optional) Service Contract (to whom paid) SAFEGUARD | $ | 2650.00 | (O) |
| P. (Optional) Service Contract (to whom paid) N/A | $ | N/A | (P) |
| Q. Prior Credit or Lease Balance paid by Seller to ___ (e) | $ | N/A | (Q) |
| (see downpayment and trade-in calculation) | | | |
| R. (Optional) Gap Contract (to whom paid) N/A | $ | N/A | (R) |
| S. (Optional) Used Vehicle Contract Cancellation Option Agreement | $ | N/A | (S) |
| T. Other (to whom paid) N/A | | | |
| For N/A | $ | N/A | (T) |
| **Total Cash Price** (A through T) | $ | 70494.61 | (1) |

**2. Amounts Paid to Public Officials**

| | | | |
|---|---|---|---|
| A. Vehicle License Fees  ESTIMATED | $ | 356.00 | (A) |
| B. Registration/Transfer/Titling Fees | $ | 133.00 | (B) |
| C. California Tire Fees | $ | 0.00 | (C) |
| D. Other N/A | $ | N/A | (D) |
| **Total Official Fees** (A through D) | $ | 489.00 | (2) |

**3. Amount Paid to Insurance Companies**

| | | | |
|---|---|---|---|
| (Total premiums from Statement of Insurance column a + b) | $ | N/A | (3) |
| **4.** ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee | $ | N/A | (4) |
| **5. Subtotal** (1 through 4) | $ | 70983.61 | (5) |

**6. Total Downpayment**

| | | | |
|---|---|---|---|
| A. Agreed Trade-In Value  Yr N/A  Make N/A | | | (A) |
| Model N/A  Odom N/A | | | |
| VIN N/A | | | |
| B. Less Prior Credit or Lease Balance (e) | $ | N/A | (B) |
| C. Net Trade-In (A less B) (indicate if a negative number) | $ | N/A | (C) |
| D. Deferred Downpayment | $ | N/A | (D) |
| E. Manufacturer's Rebate | $ | N/A | (E) |
| F. Other | $ | N/A | (F) |
| G. Cash | $ | 5000.00 | (G) |
| **Total Downpayment** (C through G) | $ | 5000.00 | (6) |
| (If negative, enter zero on line 6 and enter the amount less than zero as a positive number in line 1Q above) | | | |
| **7. Amount Financed** (5 less 6) | $ | 65983.61 | (7) |

---

**SELLER ASSISTED LOAN**

BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: N/A

Amount $ N/A  Finance Charge $ N/A

Total $ N/A  Payable in N/A

installments of $ N/A  to N/A

from this Loan is shown in item 6D.

---

**AUTO BROKER FEE DISCLOSURE**

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:

N/A

---

Credit Disability N/A Mos. N/A $ N/A

Insurance Premiums $ N/A

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).

You want to buy the credit insurance.

| N/A | N/A | N/A |
|---|---|---|
| Date | Buyer Signature | Age |
| N/A | N/A | N/A |
| Date | Co-Buyer Signature | Age |

**OPTIONAL GAP CONTRACT** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1R of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. N/A

Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X N/A

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1L, 1M, 1N, 1O, and/or 1P.

1L Company MB ELW

Term 84 Mos. or 999,999 Miles

1M Company MB PPM

Term 36 Mos. or 30,000 Miles

1N Company DENT ZONE

Term 60 Mos. or N/A Miles

1O Company SAFEGUARD

Term 60 Mos. or N/A Miles

1P Company N/A

Term N/A Mos. or N/A Miles

Buyer X _(signature)_

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X _(signature)_

Co-Buyer Signs X _(signature)_

---

**SELLER'S RIGHT TO CANCEL** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

X _(signature)_   X _(signature)_

1B24-0113

4. ☐ State Emissions Certification Fee (N/A) or Exemption Fee

5. **Subtotal** (1 through 4) ............................................... $ 70983.61 (5)

6. **Total Downpayment**

  A. Agreed Trade-In Value  Yr ___N/A___  Make ___N/A___ .......... $ ___N/A___ (A)

    Model ___N/A___  Odom. ___N/A___

    VIN ___N/A___

  B. Less Prior Credit or Lease Balance (e) ........................ $ ___N/A___ (B)

  C. Net Trade-In (A less B) (indicate if a negative number) .. $ ___N/A___ (C)

  D. Deferred Downpayment ............................................ $ ___N/A___ (D)

  E. Manufacturer's Rebate ............................................ $ ___N/A___ (E)

  F. Other .................................................................. $ ___N/A___ (F)

  G. Cash .................................................................. $ 5000.00 (G)

  **Total Downpayment** (C through G) .......................... (6) 5000.00

  (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1Q above)

7. **Amount Financed** (5 less 6) ........................................ $ 65983.61 (7)

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED TO THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: ___N/A___
Amount $ ___N/A___  Finance Charge $ ___N/A___
Total $ ___N/A___  Payable in ___N/A___
installments of $ ___N/A___ $ ___N/A___
from this Loan is shown in item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1L,1M, 1N, 1O, and/or 1P

1L Company __MB FLW__  Term __84__ Mos. or __999,999__ Miles
1M Company __MB PPM__  Term __36__ Mos. or __30,000__ Miles
1N Company __DENT ZONE__  Term __60__ Mos. or __N/A__ Miles
1O Company __SAFEGUARD__  Term __84__ Mos. or __N/A__ Miles
1P Company __N/A__  Term __N/A__ Mos. or __N/A__ Miles
Buyer X _(signature)_

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.
Buyer Signs X _(signature)_
Co-Buyer Signs X _(signature)_

**SELLER'S RIGHT TO CANCEL** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
X _(signature)_ Buyer   X _(signature)_ Co-Buyer

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X _(signature)_   Co-Buyer Signs X _(signature)_

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before _____, Year _____. SELLER'S INITIALS _____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.
S/S X _(signature)_   _(signature)_

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 6B of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown in 6B to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown in 6B, you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 6B, Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in 6B or any refund.

Buyer Signature X ___N/A___   Co-Buyer Signature X _____

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _(signature)_   Co-Buyer Signature X _(signature)_

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A

1B24-0114

**AutoNation**
**DealerSuite**

* Base Payment*
**$977**

| | |
|---|---|
| Customer Name | WEI IR CHANG |
| Date / Time | September 5, 2015 01 53 46 PM |
| Year, Make, Model | 2013, . * |
| Current Mileage | 30,971 |
| ** Term / APR | 60 mo / 2 99 % |

| | |
|---|---|
| Purchase Price | $ 49,959 00 |
| Trade Value | $ |
| Lien Payoff | $ |
| Cash Down | $ 5,000 00 |
| Rebate | $ |

| | |
|---|---|
| Fees and Taxes | $ 5,320 41 |
| Balance | $ 54,279 41 |
| (with Fees & Taxes) | |

1B24-0115

| PREFERRED | VALUE | BASIC | ECONOMY |
|---|---|---|---|
| **MERCEDES-BENZ EXT LTD WARRANTY** $ 5,850<br>84 Mo/UNLMTD Mi 100% REFUNDABLE Plan<br>▪ Provides mechanical breakdown protection<br>▪ Pays the cost of parts & labor for covered repairs<br>▪ Coverage begins when factory warranty ends | **MERCEDES-BENZ EXT LTD WARRANTY** $ 5,850<br>84 Mo/UNLMTD Mi 100% REFUNDABLE Plan<br>▪ Provides mechanical breakdown protection<br>▪ Pays the cost of parts & labor for covered repairs<br>▪ Coverage begins when factory warranty ends | **MERCEDES-BENZ EXT LTD WARRANTY** $ 5,850<br>84 Mo/UNLMTD Mi 100% REFUNDABLE Plan<br>▪ Provides mechanical breakdown protection<br>▪ Pays the cost of parts & labor for covered repairs<br>▪ Coverage begins when factory warranty ends | **MERCEDES-BENZ EXT LTD WARRANTY** $ 4,980<br>72 Mo/UNLMTD Mi 100% REFUNDABLE Plan<br>▪ Provides mechanical breakdown protection<br>▪ Pays the cost of parts & labor for covered repairs<br>▪ Coverage begins when factory warranty ends |
| **MERCEDES-BENZ PREPAID MAINTENANCE** $ 1,950<br>36 Mo/30000 Mi/ 10000 mile intervals<br>▪ Covers Mercedes-Benz factory required maintenance<br>▪ Performed by factory-authorized technicians<br>▪ Uses only genuine manufacturer parts | **MERCEDES-BENZ PREPAID MAINTENANCE** $ 1,950<br>36 Mo/30000 Mi/ 10000 mile intervals<br>▪ Covers Mercedes-Benz factory required maintenance<br>▪ Performed by factory-authorized technicians<br>▪ Uses only genuine manufacturer parts | **MERCEDES-BENZ PREPAID MAINTENANCE** $ 1,950<br>36 Mo/30000 Mi/ 10000 mile intervals<br>▪ Covers Mercedes-Benz factory required maintenance<br>▪ Performed by factory-authorized technicians<br>▪ Uses only genuine manufacturer parts | **MERCEDES-BENZ PREPAID MAINTENANCE** $ 1,590<br>24 Mo/20000 Mi/ 10000 mile intervals<br>▪ Covers Mercedes-Benz factory required maintenance<br>▪ Performed by factory-authorized technicians<br>▪ Uses only genuine manufacturer parts |
| **APPEARANCE PROTECTION PLUS** $ 1,188<br>5 Year Limited Warranty<br>▪ Paint Guard protects the exterior finish of the vehicle<br>▪ Fiber and Leather Guard protect the interior of the vehicle<br>▪ Unlimited removal of dents/dings w/o sanding or painting | **APPEARANCE PROTECTION PLUS** $ 1,188<br>5 Year Limited Warranty<br>▪ Paint Guard protects the exterior finish of the vehicle<br>▪ Fiber and Leather Guard protect the interior of the vehicle<br>▪ Unlimited removal of dents/dings w/o sanding or painting | **APPEARANCE PROTECTION PLUS** $ 1,188<br>5 Year Limited Warranty<br>▪ Paint Guard protects the exterior finish of the vehicle<br>▪ Fiber and Leather Guard protect the interior of the vehicle<br>▪ Unlimited removal of dents/dings w/o sanding or painting | **APPEARANCE PROTECTION PLUS** $ 1,088<br>3 Year Limited Warranty<br>▪ Paint Guard protects the exterior finish of the vehicle<br>▪ Fiber and Leather Guard protect the interior of the vehicle<br>▪ Unlimited removal of dents/dings w/o sanding or painting |
| **MERCEDES-BENZ TIRE AND WHEEL PLUS** $ 2,650<br>49-60 Mo PLAN $50 Deductible<br>▪ Provides replacement of tires/wheels due to damage from road hazards<br>▪ Covers wheel repair for most cosmetic damage<br>▪ Maximum of 4 claims | **MERCEDES-BENZ TIRE AND WHEEL PLUS** $ 2,650<br>49-60 Mo PLAN $50 Deductible<br>▪ Provides replacement of tires/wheels due to damage from road hazards<br>▪ Covers wheel repair for most cosmetic damage<br>▪ Maximum of 4 claims | **MERCEDES-BENZ TIRE AND WHEEL PLUS** $ 2,650<br>49-60 Mo PLAN $50 Deductible<br>▪ Provides replacement of tires/wheels due to damage from road hazards<br>▪ Covers wheel repair for most cosmetic damage<br>▪ Maximum of 4 claims | |
| **WINDSHIELD PROTECTION** $ 730<br>5 Year Plan<br>▪ Chemical treatment protects against chips and cracks<br>▪ Reduces glare and repels water ice and snow<br>▪ Provides for repair or replacement of windshield | **WINDSHIELD PROTECTION** $ 730<br>5 Year Plan<br>▪ Chemical treatment protects against chips and cracks<br>▪ Reduces glare and repels water ice and snow<br>▪ Provides for repair or replacement of windshield | *(handwritten)* ⟶ AFTER 6<br>MONTHS CAN<br>CANCEL | |
| **LOJACK + XRW** $ 895<br>▪ Stolen vehicle tracking system operated with police<br>▪ 90%+ Recovery Rate (many within hours)<br>▪ Extends length of warranty | **LOJACK + XRW** $ 895<br>▪ Stolen vehicle tracking system operated with police<br>▪ 90%+ Recovery Rate (many within hours)<br>▪ Extends length of warranty | | |
| **THEFT PROTECTION PROGRAM** $ 399<br>$5000<br>▪ ID Number marked on vehicle acts as theft deterrent<br>▪ Pays benefit if vehicle is stolen and declared total loss<br>▪ If vehicle is stolen recovered and not declared a total loss, benefit will pay up to $1000 of insurance deductible<br>▪ Includes Identity Theft Program | | | |

| Months/APR | 60/2 99% | 72/2 99% | Months/APR | 60/2 99% | 72/2 99% | Months/APR | 60/2 99% | 72/2 99% | Months/APR | 60/2 99% | 72/2 99% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payments * | $1,226 | $1,037 | Payments * | $1,219 | $1,030 | Payments * | $1,188 | $1,005 | Payments * | $1,116 | $944 |
| Customer | | | Customer | | | Customer | | | Customer | | |

*(handwritten signature in Basic Customer cell)*

* This payment may include optional products and/or accessories not required in order to purchase vehicle. All terms and conditions subject to lender approval.
Certain other limitations and/or restrictions may apply. See product agreement for details.

** The annual percentage rate may be negotiated. We may receive part of the finance charge or other compensation upon assignment of the retail installment contract to the lender.

2047A/30

jonathan chang

Mercedes-Benz of Stevens Creek
4500 Stevens Creek Blvd   CA 95129

## Your Credit Score and the Price You Pay for Credit

| Your Credit Score | | | |
|---|---|---|---|
| **Your Credit Score** | Source   Equifax<br>Date | 773<br>Source   Experian<br>Date   09/05/2015 | 777<br>Source   TransUnion<br>Date   09/05/2015 |

| Understanding your credit score | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report<br>Your credit report is a record of your credit history  It includes information about whether you pay your bills on time and how much you owe to creditors<br>Your credit score can change, depending on how your credit history changes |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan |
| **The range of scores** | Scores range from a low of 250 to a high of 900<br>Generally, the higher your score, the more likely you are to be offered better credit terms |
| **How your score compares to the scores of other consumers.** | % of consumers with score in a particular range |



**Score Range**

| Checking your credit report | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report  If you find mistakes on your credit report, contact the consumer reporting agency<br>It is a good idea to check your credit report to make sure the information it contains is accurate |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year<br>To order your free annual credit report --<br>**By Telephone**  Call toll-free  1-877-322-8228<br>**On the web**  visit **www.annualcreditreport.com**<br>**By mail**  Mail your completed annual credit report request form (which you can obtain from Federal Trade Commission's web site at **http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf** ) to<br>Annual Credit Report Request Service<br>P O  Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under federal law  visit Federal Reserve Board's web site at **www.federalreserve.gov** or the Federal Trade Commission's web site at **www.ftc.gov** |

## CUSTOMER COPY

1B24-0116

Weilin Chang
22215 Rae Ln, CA 95014

Mercedes-Benz of Stevens Creek
4500 Stevens Creek Blvd , CA 95129

## Your Credit Score and the Price You Pay for Credit



| Your Credit Score | | | |
|---|---|---|---|
| **Your Credit Score** | Source   Equifax<br>Date | **789**<br>Source   Experian<br>Date   09/05/2015 | **732**<br>Source   TransUnion<br>Date   09/05/2015 |

| Understanding your credit score | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report<br>Your credit report is a record of your credit history  It includes information about whether you pay your bills on time and how much you owe to creditors<br>Your credit score can change, depending on how your credit history changes |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan |
| **The range of scores** | Scores range from a low of 250 to a high of 900<br>Generally, the higher your score, the more likely you are to be offered better credit terms |
| **How your score compares to the scores of other consumers.** |  |

| Checking your credit report | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report  If you find mistakes on your credit report, contact the consumer reporting agency<br>It is a good idea to check your credit report to make sure the information it contains is accurate |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year<br>To order your free annual credit report --<br>**By Telephone**   Call toll-free  1-877-322-8228<br>**On the web**   visit **www.annualcreditreport.com**<br>**By mail**   Mail your completed annual credit report request form (which you can obtain from Federal Trade Commission's web site at **http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf** ) to<br>Annual Credit Report Request Service<br>P O Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under federal law, visit Federal Reserve Board's web site at **www.federalreserve.gov** or the Federal Trade Commission's web site at **www.ftc.gov** |

CUSTOMER COPY

**1B24-0117**

Contract Number CA2967317.1

1B24-0118



**Mercedes-Benz Certified Pre-Owned Extended Limited Warranty** *Application For Coverage - CA*

| | | | |
|---|---|---|---|
| CHANG | JONATHAN | 05619 | AN SAN JOSE LUXURY IMPORTS, INC. |
| Contract Holder Last Name | First | Dealer Code | Dealer Name |

22215 RAE LN
Address

MERCEDES-BENZ OF STEVENS CREEK
D/B/A

| | | | | | |
|---|---|---|---|---|---|
| CUPERTINO | CA | 950144032 | ▮ | SAN JOSE | CA |
| City | State | Zip | Phone | Dealer City | State |

| | | | |
|---|---|---|---|
| Lienholder Name | Address | City | State | Zip | Phone |

| | | | |
|---|---|---|---|
| 2012-10-27 | S550V | S550V/2013 | WDDNG7DB8DA502301 |
| New Vehicle Retail Date | Model | Model Year | Vehicle Identification Number |

Mercedes-Benz Certified
Pre-Owned Delivery Date:   September 5, 2015   Total Vehicle Accumulated Mileage:*   30,971         End Mileage: Unlimited

*On Mercedes-Benz Certified Pre-Owned Vehicle Delivery Date

Extended Limited Warranty
Agreement Term:   24 MO.   Purchase Price $ 5,850.00   + Sales Tax $ 0.00   Total Purchase Price $   5,850.00

Mercedes-Benz Certified Pre-Owned Extended Limited Warranty   Start Date**   2017-10-27   End Date**   2019-10-26

**The Extended Limited Warranty commences after the expiration of the Mercedes-Benz Certified Pre-Owned Limited Warranty. The Extended Limited Warranty expires on the designated date of this Agreement.

| | | | | | |
|---|---|---|---|---|---|
| *(signature)* | 09/05/2015 | *(signature)* | BRYAN NUNES | 09/05/2015 |
| Customer Signature | Date | Dealer Representative Signature | Representative Name | Date |

✓ This checkmark indicates you are providing the equivalent of your signature and indicating your intent to enter into this agreement.

This Application for coverage is subject to approval and acceptance by Mercedes-Benz USA, LLC, (MBUSA). The Mercedes-Benz Certified Pre-Owned Limited Warranty is provided by MBUSA. In order to claim benefits under the terms of the Mercedes-Benz Certified Pre-Owned Extended Limited Warranty, follow the terms set forth on the following pages. You hereby declare that you have fully read the terms of the Mercedes-Benz Certified Pre-Owned Extended Limited Warranty and understand and accept all of the provisions therein. There have been no other oral or written agreements regarding the Mercedes-Benz Certified Pre-Owned Extended Limited Warranty for the vehicle other than those expressly contained in the Mercedes-Benz Certified Pre-Owned Extended Limited Warranty. The purchase of this Extended Limited Warranty Agreement is not required in order to purchase or obtain financing for a Motor Vehicle.

Contract Number MP2967326

1B24-0119

# Mercedes-Benz Star Prepaid Maintenance *Application for Coverage*

| | | | | |
|---|---|---|---|---|
| CHANG | JONATHAN | | 05619 | AN SAN JOSE LUXURY IMPORTS, INC. |
| Purchaser Last Name | First | | Dealer Code | Dealer Name |

| | |
|---|---|
| 22215 RAE LN | MERCEDES-BENZ OF STEVENS CREEK |
| Address | D/B/A |

| | | | | | |
|---|---|---|---|---|---|
| CUPERTINO | CA | 950144032 | ■■■ | SAN JOSE | CA ■■ |
| City | State | Zip | Phone | Dealer City | |

| | | | | | |
|---|---|---|---|---|---|
| Lienholder Name | | Address | City | State | Zip | Phone |

| | | | |
|---|---|---|---|
| 09/05/2015 | S550V | S550V/201■■■■■ | ■■■■■■ |
| New Vehicle Retail Date | Model | | Vehicle Identification Number |

Original New Vehicle In-Service/Warranty Start Date:    Month 10    Day 27    Year 2012    Current Mileage 30,971

Agreement Type/Term* STR PPMSC-3 Services    Purchase Price $ 1,950.00    + Sales Tax $ 0.00    = Total Purchase Price $ 1,950.00

Agreement End Date:    Month 9    Day 4    Year 2019

| | | | | |
|---|---|---|---|---|
| Customer Signature | 09/05/2015 Date | Dealer Representative Signature | BRYAN NUNES Rep Name | 09/05/2015 Date |

✓ This checkmark indicates you are providing the equivalent of your signature and indicating your intent to enter into this agreement upon acceptance.

ASBD-STARPPM-REV#1-092014-Distribution: Lienholder, Dealer File, Customer

# AutoNation▶

# Pledge

## Our pledge to you:

- To offer you competitive vehicle purchase and lease financing.
- To enhance your ownership experience by offering you products to protect your purchase such as Service Contracts, Pre-Paid Maintenance, Theft Protection, Gap Protection, etc.

## We want you to know:

- You may obtain your own financing.
- Interest rates may be negotiable.
- We may retain a portion of the finance charge or other compensation if you finance your vehicle through us.
- The purchase of protection products is not required to obtain financing or a lower interest rate.

_____    _____
CUSTOMER SIGNATURE                              FINANCE MANAGER SIGNATURE

**1B24-0120**



# PAINTLESS DENT REPAIR
## SERVICE AGREEMENT

### VEHICLE PURCHASER
NAME    JONATHAN CHANG   WEILIN CHANG
ADDRESS/ CITY/ STATE/ ZIP    22215 RAE LN   CUPERTINO CA 95014
HOME/ WORK/ CELL PHONE
EMAIL

### SELLING DEALER
NAME    MERCEDES BENZ OF STEVENS CREEK
ADDRESS/ CITY/ STATE/ ZIP    4500 STEVENS CREEK B     SAN JOSE, CA 95129
PHONE    866-404-3325

### VEHICLE INFORMATION
YEAR/ MAKE/ MODEL    2013   MERCEDES-BENZ    S550V
VEHICLE IDENTIFICATION #    WDDNG7DB8DA502301

### AGREEMENT TERM (1,2,3,4,5,6
TERM    5 YEARS
PURCHASE DATE    09/05/2015
PURCHASE PRICE    500.00

### LIENHOLDER INFORMATION
NAME OF LIENHOLDER    MERCEDES BENZ FINSERVUSALLC
ADDRESS OF LIENHOLDER    PO BX 997542     SACRAMNETO    CA 95899

### VEHICLE PURCHASER SIGNATURE

X _[signature]_

**IF THE AGREEMENT TERM IS NOT MARKED THE TERM SHALL BE THE MAXIMUM TERM.**

**PURCHASE OF THIS AGREEMENT IS NOT REQUIRED**

**IN ORDER TO PURCHASE OR OBTAIN FINANCING FOR A MOTOR VEHICLE.**

### DEFINITIONS

1. **Agreement** means this **Paintless Dent Repair** Agreement.
2. **Paintless Dent Repair** or **PDR** means the process used to remove small dings and minor dents from the painted surface of **Your** vehicle without harming the vehicle's factory finish, subject to the limitations and exclusions set forth in this **Agreement**.
3. **We, Us, Our** or **Dent Zone** means Dent Zone Companies, Inc. (DZCI), P.O. Box 140185, Irving, TX 75014, a **Paintless Dent Repair** provider, who will provide a technician to perform qualifying **Paintless Dent Repair** services under this **Agreement**.
4. **You** or **Your** means the customer purchasing this **Agreement**.

### THE PAINTLESS DENT REPAIR PROCESS

**PDR** is a process that uses specialized tools to gently push/pull dented metal on **Your** motor vehicle back to its original form. This procedure permanently removes minor dents without harming the vehicle's factory finish. Most small dents can be removed using the **PDR** process. Collision damage, very deep dents, and dents where the paint surface has been damaged cannot be repaired using this process, are not covered under this **Agreement**. (see "What This Agreement Does Not Cover").

### WHAT THIS AGREEMENT COVERS

This **Agreement** covers **PDR** repairs of minor dents less than four inches (4") to exterior vertical and horizontal painted sheet metal body panels to the vehicle identified on this **Agreement**, subject to the conditions, exclusions and limitations contained herein. This **Agreement** covers damage caused by hail up to the amount of the deductible applicable to hail under the automobile insurance policy covering the vehicle, but not to exceed $1,000, whichever is less, if the hail damage can be completely repaired using the **PDR** process. Provision of service under this **Agreement** may not be attempted or provided on a particular dent or ding in the event that **Our** technician determines, in his/her own discretion that the damage cannot be repaired using **PDR**.

### HOW TO OBTAIN SERVICE

To arrange for service under this **Agreement**, **You** must first call 1-866-528-9134 to obtain prior authorization. Once authorization is granted, **You** will be contacted by a **Dent Zone** certified technician. **You** may be asked, at **Your** sole expense, to take **Your** vehicle to **Your** selling dealer's location or a participating automobile dealer or technician to obtain service.

**NO SERVICE WILL BE PROVIDED WITHOUT PRIOR AUTHORIZATION**
**FOR AUTHORIZATION CALL 1-866-528-9134**



PERMA ● PLATE®

AU3CW 154940

# APPEARANCE AND/OR WINDSHIELD
# PROTECTION PRODUCT GUARANTEE

**VEHICLE OWNER**

NAME       JONATHAN CHANG   WEILIN CHANG

ADDRESS / CITY / STATE / ZIP    CUPERTINO CA 95014

HOME / WORK / CELL ████████████ ████████████

EMAIL

**SELLING DEALER**

NAME       MERCEDES BENZ OF STEVENS CREEK

ADDRESS / CITY / STATE / ZIP 4500 STEVENS CREEK BOULEV  SAN JOSE, CA 95129

**VEHICLE INFORMATION**

YEAR / MAKE / MODEL     2013  MERCEDES-BENZ  S550V

VEHICLE IDENTIFICATION #   WDDNG7DB8DA502301

CURRENT ODOMETER      30971

PURCHASE DATE       09/05/2015

**SPECIFIC COVERAGE FOR EACH PRODUCT IS SET FORTH ON THE REVERSE SIDE**

## COVERAGE OPTIONS AND TERM SELECTION

### APPEARANCE PROTECTION PRODUCTS(APP)

Paintguard®, Fiberguard® and Leatherguard®

XX    $ 688.00
APP Purchase Price

| 1 YEAR | 2 YEARS | 3 YEARS | 4 YEARS | 5 YEARS (XX) | 6 YEARS | 7 YEARS |
|---|---|---|---|---|---|---|

AVAILABLE ON ANY MODEL YEAR       ONLY AVAILABLE ON CURRENT OR PREVIOUS 3 MODEL YEARS

**NOTIFY ADMINISTRATOR OF COVERED DAMAGE WITHIN 30 DAYS;
FAILURE TO DO SO WILL RESULT IN CLAIM DENIAL.**

### WINDSHIELD PROTECTION PRODUCT (WPP)

Standard Coverage     Luxury Coverage

$ N/A
WPP Purchase Price

| 1 YEAR | 2 YEARS | 3 YEARS | 4 YEARS | 5 YEARS | 6 YEARS | 7 YEARS |
|---|---|---|---|---|---|---|

**NOTIFY ADMINISTRATOR OF COVERED DAMAGE WITHIN 14 DAYS;
FAILURE TO DO SO WILL RESULT IN CLAIM DENIAL.**

**FOR BOTH APP & WPP, IF A COVERAGE OPTION OR COVERAGE LEVEL IS SELECTED
AND NO TERM BOX IS CHECKED, MAXIMUM TERM WILL APPLY.**

**VEHICLE OWNER SIGNATURE** X _(signature)_

I acknowledge receipt of this Protection Product Guarantee and acknowledge my responsibility to contact the Administrator regarding damage within the time period listed above.

Administrator / Protection Product Guarantee Provider: Siskin Enterprises, Inc. • P.O. Box 58 • Salt Lake City, Utah 84110
Call Toll Free (800) 453-8470; or E-mail: customerservice@permaplate.com

7950 (Rev 10-13)

**CUSTOMER COPY**

1B24-0122



FORM# 4059 DEAL# 636239   STORE# 47   STK# DA502301   CUST# 3527373
NUNES,BRYAN

# First Class Wheel and Tire Protection Plus
## Service Contract and Application with Deductible

**Mercedes-Benz Financial Services**

Page 1 of 8

| **1.** | **CUSTOMER INFORMATION** | | |
|---|---|---|---|

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| CHANG | JONATHAN | |

| STREET ADDRESS | APT/SUITE |
|---|---|
| 22215 RAE LN | |

| CITY | STATE | |
|---|---|---|
| | CA | 95014 |

| PRIMARY PHONE NUMBER | SECONDARY PHONE NUMBER |
|---|---|
| | (408)857-2008 |

EMAIL ADDRESS

| **COVERED VEHICLE INFORMATION** | |
|---|---|

| YEAR | VIN |
|---|---|
| 2013 | WDDNG7DB8DA502301 |

| MANUFACTURER | LIENHOLDER |
|---|---|
| MERCEDES-BENZ | MERCEDES BENZ FINSERVUSALLC |

| MODEL | |
|---|---|
| S550V | ☐ New    xx  ☐ Used |

| **3.** | **DEALER INFORMATION** | | |
|---|---|---|---|

| DEALER NUMBER | DEALER NAME | |
|---|---|---|
| N0304609 | MERCEDES BENZ OF STEVENS CREEK | |

| STREET ADDRESS | | |
|---|---|---|
| 4500 STEVENS CREEK BOULEVARD | | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| SAN JOSE | CA | 95129 |

| PHONE NUMBER | CONTACT NAME |
|---|---|
| 866-404-3325 | |

| **4.** | **FIRST CLASS WHEEL AND TIRE PROTECTION PLUS COVERAGE & TERM** |
|---|---|

**COVERAGE:** Wheel and Tire Protection Plus

Agreement Purchase Date:

09/05/2015

TERM: _____ **60 MONTHS** _____ **months** (MAXIMUM TERM IS 60 MONTHS)

Agreement Retail Price: $

IF NO COVERAGE OR TERM IS SELECTED, MAXIMUM COVERAGE/TERM WILL APPLY.

2650.00

The following models are excluded and not covered under the First Class Wheel and Tire Protection Plus Program
Aston Martin, Bentley, Ferrari, Lamborghini, Lotus, Maybach, McLaren and Rolls Royce

I (Customer) whose signature appears below, acknowledge that the information contained above is, to the best of my knowledge, true. **I have read the terms and conditions contained herein, including, but not limited to, my responsibility to pay a deductible for any Structural Damage tire and/or wheel claims submitted under this Agreement, and I understand and agree to all of the provisions herein.** This Agreement is between the Administrator/Obligor and Customer

| CUSTOMER'S SIGNATURE | DATE |
|---|---|
| *[signature]* | 09/05/2015 |

| DEALER'S SIGNATURE | DATE |
|---|---|
| *[signature]* | 09/05/2015 |

**Nevada Residents Only:** By initialing this box, You acknowledge that this Agreement contains an Arbitration provision, that you have read and understand the Arbitration Procedure section and affirmatively agree to the terms contained therein

**THE PURCHASE OF THE FIRST CLASS WHEEL AND TIRE PROTECTION PLUS SERVICE CONTRACT IS NOT A REQUIREMENT FOR THE PURCHASE, LEASE OR FINANCING OF A COVERED VEHICLE. THIS AGREEMENT IS NOT AN INSURANCE CONTRACT.**

THERE IS A DEDUCTIBLE ASSOCIATED WITH THIS AGREEMENT.
SEE IMPORTANT TERMS AND CONDITIONS BEGINNING ON PAGE 2 OF THIS AGREEMENT.

**1B24-0123**

FORM# 5320 DEAL# 636239 STORE# 47
STK# DA502301 CUST# 3527373

**NEW & USED VEHICLE**
**3-DAY / 150 MILE**
**MONEY-BACK GUARANTEE**

If you are not completely satisfied with your new or used vehicle, bring it back to this location within 3 days from the purchase date and with less than 150 additional miles on it and we will give you a refund of the purchase price.

Vehicles with a selling price of $200,000.00 or more are excluded from this Money-Back Guarantee.

This Money-Back Guarantee is subject to certain terms and conditions described on the reverse side.

2013   MERCEDES-BEN   S550V
Year / Make / Model

WDDNG7DB8DA502301                    30971
VIN                                  Current Odometer

09/05/2015                           09/08/2015
Purchase Date                        Expiration Date

MERCEDES BENZ OF STEVEN              53959.00
Dealership                           Selling Price

JONATHAN CHANG
Purchaser Name                       Purchaser Signature

WEILIN CHANG
Co-Purchaser Name                    Co-Purchaser Signature

NUNES,BRYAN
Manager Name                         Manager Signature

SR-ANNL-MBGNU (Rev 03/14)

DOX TO REORDER CALL 800-ADP.ADPA #7645003

1B24-0124

# EXHIBIT B

**10.12.14 089**

Chang: I request to have recording so that other people may understand what I am talking

Jerry Wang: Thanks to Lord.  We have reached agreement.  Halleluiah! Halleluiah! Because it's a townhall meeting, everyone can speak and interrupt me anytime, if you raise your hand.  Here is someone.

Audience: You were using microphone, why not using it right now?

Jerry Wang:  I thought I have a loud voice.  Anyone didn't hear me, please raise your hand. Now let me explain the purpose of today's meeting is to explain the past many years of financial operation of our church and church building situation. This is a rare opportunity.  We really thank Elder Chang and Ms. Chang to clearly explain.  Today you can see we have two microphones, one for the explainer.  Elder Chang will stand over there, and we didn't prepare a chair for him. The other microphone is for others to ask questions. When you have a question, please raise your hand, then ask the question when you reach the microphone.  This way we can have some rules.  You can't ask questions while sitting.  If you want to save time, you can just line up and wait there. So that's the way we will ask questions.  As to the principle of asking questions, we've heard a lot of things in the past.  I hope we view the things positively and ask questions in a positive way instead of a negative, blaming or judgmental way. This is not according to the teaching of the Bible. We can have doubt, but we should not judge or blame.  I think this is very important.  When we judge or blame, it will not help to solve the problem. Because today our purpose is to solve the problem, we should be careful in judging or blaming.  Another point is we need to have factual evidence when we speak instead of randomly speaking something heard of.  I believe we have record of what we speak here, so we have to have factual evidence to speak or ask.  It's good that you have doubt if you are not clear.  We can get clarification.  I believe after things are clarified, we can reconcile and find a solution.  Our most important purpose today is to clarify things and explain things that happened in the past.  Do not judge and blame.  Come in, Sue.  You can't hear clearly if you stand outside.  Another point that I heard today at English congregation is to listen quickly and speak slowly. When you come up to the microphone, you need to think.  I think it is a very good biblical principle to listen quickly and speak slowly. So when you come to the microphone, it is good to think about this principle.  Similarly, if a question has been asked, you don't need to ask again.  Today it's possible that we might talk about some internal operation of VIA.  Elder Chang will hold it if it involves some internal confidential information and he would let us know.  Ok, I hope I've explained clearly. Hope you will help to make today's meeting go smoothly according to procedures.

Audience:  Should there be a moderator?

Jerry Wang:  Elder Chang will stand here and I will stand there.  I will hold the microphone.  If I raise my hand, that means I will need to interrupt.  I will need to handle something.  Is it Ok?  Hope everyone will help me to have thing meeting proceed orderly.

Ms. Chang:  What's the agenda of the meeting?

CHANG-000338

Jerry Wang:  I will do a prayer later.  Then I will make a short explanation.  After that, Elder Chang will make an explanation of the things in the past.  The period will take a long time.  Then we will invite Elder Huang, because he has reviewed a lot of documents in the past year or so.  Elder Huang will first ask some questions. After Elder Huang finishes his questions, then if anyone has a question, you can ask. We hope you can continue to ask questions until everything is clear.  That's my purpose today.  How to move forward, how to solve our problems and what to do will be discussed next week in a meeting of next level.  After the elders have clear vision, we will discuss what to do.  We will further communication with pastors and deacons and think clearly what to do next.  So today's important point is to explain and clarify.  As to how to move forward and what to do next is for a smaller group discussion, because it's difficult to reach consensus in a large group discussion like this.  We must have in depth discussion in elders' meeting.  This is today's meeting procedure.  We have designed very carefully for many days. Hope we can get your Amen.  Ok, if there is no disagreement, I'll start with a prayer.

Our heavenly Father, the brothers and sisters in our church have come before you, we ask for your guidance, and grace.  We know that we are redeemed by your precious blood.  This church was set up by you.  Lord, you are in heaven and in every heart of us.  I know that you are the safe keeper does miracles.  You are the lord and master among us today.  You control our tongues and mouths and control our minds.  You are the beginning and end and sacrificed for our sins.  You resurrected for our sins after three days.  We seek nothing else but your being with us.  When you are with us, we can treat each other with mercy.  We can speak gracefully and regard others stronger than us.  We can realize what we have done improperly.  Lord, you want us to confess and repent and reconcile with you.  Our relationship with each other is the same, to confess and repent.  This the only way you save us.  Lord, we ask you to work yourself and be our lord and king and be the master of our meeting.  We trust all our mind and thoughts in your hand.  Please accomplish yourself.  We pray in Jesus name.  Amen.

Audience:  Amen!

Jerry Wang:  Praise the Lord.  According to the procedures that I just explained, I'll do a short explanation.  I believe the elders committee has asked Elder Huang and myself to do a lot of study.  We had meetings in Taiwan as well.  Wenchi Chen had meeting with us, not only in Taiwan, but also in USA. He made some statements about his donation ideas to the church.  I was not involved in the church finance more than ten years previously, but I did attend these meetings recently.  I am willing to briefly report to you the opinion from Wenchi expressed in those meetings. This is purely my understanding. So today our speaking is purely for ourselves, unless we speak on behalf of elders committee.  I believe I heard something in these meetings, the first of these things is brother Wenchi Chen has a conviction which is with his wife, sister Cher Wang, he has her 100% support.  All his donations to the God's kingdom is for God and for the revival of the church, for the benefit of the church, for the offering of the church.  He also mentioned to Elder Chang that there are some problems with the management of our church which cause some interruption of the church.  So he mentioned to Elder Chang that it may be good to have another organization to own the asset of the church (12:80), and rent property to church to use.

CHANG-000339

Jonathan Chang:  (10.12.14 089 – 37:27) People asked me why I have the power or authority to decide. Is there any authorization?  I can only say that happened 18 years ago, there is no written letter.  But we can only find evidence in facts.  What's my status then? I was not an elder.  There were two elders in the church, Elder Kou and Elder Chen.  Elder Chen was responsible for finance.  Weining Jiang was responsible for actual financial operation.  Who was I?  If there was no clear donor intension to ask me to manage, even if I have power from heaven, can I ask church to do this or do that?  Could I do that?  I said that I didn't have any written approval, but we can find evidence from what actually happened (38:50)

**10.12.14 090**

Time stamp: 23:04

Elder Chang:  HOCA was set up.  The money originally in Home of Christ account, we, during March or April 2005, I can't remember exact date, wrote a summary report.  That summary report has been given to elder/deacon committee periodically before, but that was the last one.  This summary report was to tell people where the money was spent.  That was in HOC account, not in HOC4 account.  In Elder/Deacon meeting, I told the establishment of HOCA.  I need to transfer the money there.  At that time, there was no problem.  Because everyone knew what happened and how the money was used to support others, even some money was used to support HOC4 missionaries.  This was how it passed.  At the same time, another thing happened.  It was our church building.  During the setup of HOCA in 2004, I went to see Cher Wang.  I pledged $2 million.  What's the purpose of this $2 mil.?  It was matching fund for church building.  Please notice it is matching fund.  I believe Elder Wang can verify.  Actually, Cher Wang and Wenchi Chen during the church building process of many churches,  I can name a few, River of Life Church, Forerunner Christian Church, and Cannon Church, these famous churches, they were all involved. But if a church wants to develop its own building, let me ask, is this the church's own matter, or their matter?  For example, if I want to go out to develop a church building, let's not say it's me, let's say it's HOC4, and we see a building asking $8 million, I asked Cher Wang if you can donate $8 million. Let me ask, is this the attitude we should have if we want to build a church?  Possibly not. Church building should be like this, now I have more people and I want to change a place, a better and bigger place, my church wants to develop a building, then they come to help and support.  So in fact, from the very beginning in my dealing with them, there was a principle which was I recommended them, just like in early days we were very close.  So the concept is if church A comes to you to pledge $2 million, and church B also comes to you to pledge $2 million, what should you do?  Why did you give to this church and not that one?  There is only one method, we don't know what God's will is, but maybe we can use a method, which is if the church wants to develop its own building, it needs to fulfill its own obligations.  And Wenchi Chen should donate for most up to one half.  So if a church is $8 million, you can raise $4 million, this means that there is blessing from God.  Then he would donate $8 million, oh no, $4 million.  So using this method he can block many churches' mouths.  Otherwise, all the churches would ask him for money, what would he do?  How can he say to give this and not that? So a church wants to build its own building, it is church's own responsibility.  They are the support. That is their

CHANG-000340

concept. So I pledged $2 million from them. $2 million came into HOCA. So at the very beginning, HOC4 wanted to buy Lomita property. It was actually HOC4 wanted to buy. At the end of November 2004, an offer was presented. The other side accepted. But the closing had to happen at the end of January. I knew there was a problem. And the problem was that the money for the closing was borrowed from the church's brothers and sisters. Actually beside this $2 million that I had, I borrowed $3 million. Why? Because I knew often times when church wanted to do this transaction or even to do the remodeling, it actually needs bridge loan. So at the same time, I personally borrowed $3 million. After I borrowed $3 million,

Audience: Sorry, was it you who personally borrowed $3 million?

Jonathan Chang: Yes, yes, I personally borrowed $3 million.

Jerry Wang: If you want to ask question, please come up.

Jonathan Chang: Because it was like this. I said personally because I mentioned LLC and Inc. So a real non-profit exemption corporation is HOCA Inc. The earlier established HOCA LLC was under my name. Ok, the borrower of $3 million is HOCA LLC. So it was not the responsibility of HOCA Inc. This was what I meant. So this money coming was for bridge loan. Initially it was for half year. But then later on, HOC4, if you have been here long enough, if you have attended elder/deacon meeting, you should remember one thing. Before closing, oh, I just mentioned closing, I went on a business trip to Taiwan before closing, actually before I left, I told Elder Kou, I don't know if he remembers now, but at that time, I told him that I had the money for the bridging, don't worry, then I left to Taiwan. But I didn't tell the details to Elder Kou. Elder Kou was very nervous, because we needed to close. Where was the money for closing? So Elder Kou in US just went to ask brothers and sisters to borrow money for bridging. Ok, he asked brothers and sisters for money for bridging to close. So after closing, closing was in January, then Janary Way needed to be sold. As a result, it was sold to a developer. This caused a lot of conflict within the church. Back then, there were two opinions, I was very clear that it was half and half. In 2005, I remember I was the chairman of the elder deacon committee. I was presiding the meeting, half and half. There is fierce argument. Why? Because half of people said that how can you sell a church to a developer. And the other half said why not. Because the developer has more money. Why not? It is only a church, and it is only a building. If there is no people inside, it is worth nothing. From biblically stand point of view, it is correct. But some brothers and sisters regard it inappropriate. So there was a fierce debate. Argue, argue, argue. And the bay area is small, the rumor went out and went to the ears of Cher Wang. One day, she came to me. She said to me that she heard that we would sell to the developer. I said yes, correct. The contract was signed. She said can you find a solution and try not to sell to developer. I said okay and I will try. We the people who work in the companies, let me ask you, if a boss gives you a task, if a boss tells you how to do it in every step, let me ask you, what kind of position you have? If you are a manager or above, usually I believe if a boss gives you an assignment, you just need to do your best to finish it. Is that true? I will not tell you the solutions, I hire you and you need to find the solution. She gave me this task. I said okay and I would try to find a solution. Later on, the developer found that the number of the houses that he could develop was not as many as he thought he could. So he thought the property was not worth the price, so he came back to reduce the

CHANG-000341

price. That is great. I thought my opportunity came. I knew I had a solution because if you know about real estate transaction, you should know, once you sold and the other side paid the money, you probably had a hard time not to sell. It is very difficult not to sell. But once he counters, the deal can be off. Then at that time, I thought about one thing Elder Wang just mentioned, Wenchi Chen confirmed a concept, sometimes, church argues a lot about the management. It is better to let an outside organization to own the property and rent it to the church. But that was of course not what he expressed at that time. Of course, it was before that time, it was like when we talked about the principle of donations, as we were normally sometimes chatting and discussing about the concept of service. Okay, so I thought about this method. Then I made a proposal to the HOC4 elder deacon board. I proposed that I would purchase through HOCA, I would purchase through HOCA. Then we would not sell the old church. Not sell, and then exchange the usage. HOC4 use here while HOCA use there. Because HOCA use there, just like what I did later, I can let other churches use it. Alright, originally in the summary report of the special fund, there was actually church building fund of $430,000. Originally when the church was developing building, that fund was transferred into HOC4 for the support of church's purchase of the building. Later, in the proposal, I especially pointed out, that I wouldn't donate this $430,000, okay this $430K will not be donated because HOC4 will not purchase the building. Then that $430K was returned. Alright, there is another point, which is that the properties of both sides will be maintained by the party who is using them. If there is remodel, there will be remodeling cost. For example, HOC4 use this Lomita property, HOC4 will be responsible for the remodeling cost and future maintenance for the period of ten years. At that time, I sent this proposal to the elder deacon board. I made this proposal on behalf of HOCA, so I had a conflict of interest, so I didn't attend elder/deacon board meeting. Because I did not attend the elder/deacon board meeting, actually I was notified after the fact that the proposal was passed. Alright, Lomita property at that time was closed and belong to HOC4. Please notice, closing belong to HOC4. I just said the relationship with HOC4 was not clear. So the title for the closing was the Home of Christ. Because other churches, including HOC5, all the properties are under Home of Christ, so HOC4 had no reason to do differently. Because we haven't settled what to do. So the title was the Home of Christ. But HOC4 was in charge and was using. Alright, after my proposal was presented and passed, by the end of June, it was closed. It was transferred from HOC to HOCA. In between, the chairman of the board of director of HOC is the second Home, Elder Huang sent email to notify every Home (Weilin has digged out all the emails), asking every Home to approve the transaction. Because every elder of each Home was still the board of director of Home of Christ, Elder Huang said every elder responded and approved without any opposition. They allowed HOC4 to sell the Lomita property to HOCA. Okay, it was a done deal. On June 30, 2005, we closed the deal. And before then, HOC4 started the remodeling here. In August, they moved. For Janary Way, I intentionally let it unoccupied for one year. I didn't let any organization to use it. Because we know if we let another church to use it immediately, it may affect some brothers and sisters to not to come here. So we let it empty for one year and no other organization was using it. In the meantime, I heard some rumors that HOCA took HOC4's building fund. I am telling everyone of you no. What HOCA took back was what it originally donated to HOC4 for $430,000. We took the money back. It was mentioned in the proposal and it was the part of the proposal. Then how much money did HOC4 raised? About $400,000, plus the commission by Brother Jiajun Wang as agent for the transaction. The seller gave him 3% commission. He donated the commission back for church building.

5

That was $110,000.  At that time, HOCA donated $90,000 into HOC4 as church building fund.  So the total was about $600,000. Among this $600,000, our remodeling cost about $300,000.  Then there was about $300,000 left.  Now everyone who goes to see the financial report will see the building fund remaining about over $100,000, because our church's general fund ran into deficit.  The elder/deacon board meeting passed to move fund from church building fund to general fund.  So the total of HOC4 building fund as of now should be about $300,000.  So I state solemnly here that we didn't take HOC4's money.  Because there is some rumor saying that Elder Chang took away the widow's two pennies.  Now I tell everyone no.  Okay, I think my statement about the history, I thank Brother Jerry and two elders spending a lot of time to meet with Brother Wenchi (43:51).

**Video file: 10.12.14 091**

Time stamp: 24:55

Elder Lin Huang: During our investigation, we found some special funds as mentioned by Elder Chang, Seminary fund, Mainland and Building fund.  They existed there which we were not clear.

Elder Chang: Let me interrupt.  As I said, you are not clear now does not mean that the deacons back then in 2004 were not clear.  This is what I said, when the fund was transferred out, it was notified to the elder/deacon board.  This is why the record existed.  When the fund was transferred, I distributed [the record] to the elder/deacons board.  Everyone of the elder/deacon committee should have it.  We surely know that many deacons of the elder deacon board do not attend meetings, so he/she may miss it.  That's another question of mine. (~28:00)

Time stamp: 36:28

Elder Lin Huang:  At that time, $2 million was already in.

Elder Chang:  Alright, the $2 million came in in September 2004.  As I said, when it came in, the intension was for matching fund.  Okay, I already mentioned, but maybe I didn't mention clearly.  General speaking, it is a matching fund.  I don't know how you are familiar with the operation of matching fund.  Usually, the operation of matching fund is, I have a pledge now, then, as we often heard in the radio, for example, PBS, KQED, matching, okay, one person donated $50, there is a matching fund who will also donate $50.  One person donated $10,000, the matching fund will donate $10,000.  So, that's how it works.

Elder Lin Huang:  Elder Chang, did you ever tell us the existence of this $2 million matching fund?

Elder Chang:  No, no.  I didn't.  The reason I didn't need to use it, is I have prepared $430,000 there.  Actually at the very beginning, I transferred $430,000 to HOC4.  If you look at the paper, it mentioned building fund of $430,000 has been transferred into HOC4.  But later after my proposal went out, HOC4 didn't purchase a building.  My proposal included that I will no longer support $430,000.

6

CHANG-000343

Elder Lin Huang:  This $2 million matching fund is unknown to us.  You should know this property is $3.9 million.  If we sell the old church for over $2 million, and if we get the $2 million matching fund, we could have bought this property.  Right?

Elder Chang:  But at that time, there was a lot of dispute at the church.  I ask you, what I mean is, it is okay to be a smart person after the fact in a lot of situations.  But at that time, do you think the church will sell the old church to another church for $2 million?  At that time, there was a lot of dispute at the church.  If I can sell for $2.8 million, why shall I sell for $2 million?  At that time, there were two opinions in the church.  Also, there is a concept I need to clarify, the concept of support.  Many times, we need to see our intent.  We need to think ourselves.  Other people donate money, it is God's will.  What is the attitude of church?  Does our church have the same mind to move forward? Were we in this situation back then? (41:00)

Time stamp: 47:24

Elder Lin Huang:  I have some financial background, I feel there are some problems here.  The document said that the foundation setup accounts through Home of Christ.  According to Elder Chang, the foundation was setup in Oct. 2004.  Right?  These accounts existed as of 2003.  It is like what Elder Chang said, they existed long time ago.  Actually the asset didn't go through the transfer in and out process.  This money always existed in the account of either Home of Christ or HOC4.

Elder Chang:  It was not under HOC4 account.

Elder Lin Huang: Ok, it was under the tax ID of HOC1. Right?  The key point is, as in this document, Elder Chang has explained, HOC4 finance was under HOC1's tax ID, until about 2000 there was a new tax ID.

Time stamp: 49:01

Elder Jerry Wang: I asked Elder Xiong Ruan.  He is the elder in HOC5.  The important point I asked him was, let me open my note, I asked Elder Ruan about the operation of each Home of Christ between 2003 and 2007.  He said each Home operated independently, which confirms what Elder Chang said.  That is, maybe we were under one HOC tax ID, but financially independent.  Every Home operated independently, maybe each Home open the bank account under the same HOC tax ID.  This was the answer from Elder Ruan.

Time stamp: 50:22

Elder Lin Huang: This is the balance sheet of Feb. 2005. This is the church's building fund about $500,000.  As I said, there were other funds.  This is the balance sheet for Dec. 2003.  You can see these three special funds.  The key point is you need to recognize, do these funds in this account belong to HOC4 or HOCA? This is the key.  HOCA was founded in Oct. 2004, while these accounts existed.  Logically, it does not make sense to say that HOCA established those accounts through HOC4.  This money should belong to HOC4 in my opinion.  The money already existed in the history under either HOC4 or HOC1 tax ID.  Now in Oct. 2004, the HOCA was established.

7

CHANG-000344

**10.12.14 092**

Time stamp:  4:30

Elder Lin Huang:  Elder Chang, in Taipei, I asked a question, who do these accounts [Development Fund, China Fund and Special Fund in "HOC4 internal memo in Jan. 2005"] belong to?  Who is the owner?  Do you remember what your answer was?

Elder Chang:  The owner of the accounts in this table is HOC.

Elder Lin Huang:  Actually at that time, you said you were the owner.

**10.12.14 093**

Time stamp: 6:27

Elder Robert Kou:  One day, Wenchi Chen called to the church looking for me, he said he wanted to see me.  I said alright and please come.  But the traffic was heavy so he couldn't come.  His secretary called me if I can go to his place.  So it's like this, it was him wanting to see me, not I was looking for him.  So what did we talk about?  He said that $2 million could not come through.  He donated to us, but we didn't receive it.  So how could we build our church?  He originally wanted to donate $2 million to us.  But how to transfer this money to us?   Of course, there is something between us [Robert Kou and Jonathan Chang] that is not convenient to talk about here.  This $2 million donation is connected to your original disability claim.

Elder Chang:  That is irrelevant.

**10.12.14 094**

Time stamp: 24:13

Brother Lee Wang:  I have a question to ask you.  What you want is to put $2 million in your own pocket.  And put $1.2 million in your own pocket and not to repay $3.5 million loan to HOC4.  Is that your last idea in your mind?  That's my only question.

Elder Chang:  Let me ask you, is Lomita property the same value as Janary Way property?

Brother Lee Wang:  You must be clear about this thing.  We purchased Lomita property for $3.9 million.  Am I right?  Now Janary Way is worth about $3 million.  At that time, if we had received $2 million, we could have purchased Lomita property and have extra $1 million in hand.  This is a simple thing.  Don't make this complicated.

Elder Chang:  Let me ask, how much money did you donate?  Our brothers and sisters, how much did they donate?  I feel that there is a concept that I cannot get into your mind.  I don't have enough capability.  I don't have enough capability.

8

CHANG-000345

Brother Lee Wang:  Let me tell you the truth.  Today it is the first time for me to hear that it is a matching fund.  I really heard about this matching fund for the first time today.  You've never told us that it is matching fund.  There is nobody disclosing there is a matching fund.  This is the first time.

Time stamp: 32:05

Sister Eva Huang: My name is Eva Huang.  I have been attending this church 18 years since Janary Way.  I believe many brothers and sisters don't even know my name.  I only want to say that , from you've said for the last 10 minutes, as an ordinary church member, I feel deeply humiliated.  I feel that every member is doing their best to donate their money.  I don't think you can make the judgment and criticize the members of the church not doing their best.  If our church said that we need to move forward and expand, but we don't have the capability to raise $2 million, then we should not set the target of $2 million.  If our members can only donate $400,000, then we do what cost $400,000.  At that time when church was raising fund, I've never heard that we have $2 million.

Time stamp: 36:28

Sister Anne Kou (Elder Kou's wife):  I was very very sad.  The other day during the meeting with Sando and Melody, Elder Chang told those two people that HOC4 does not deserve any donation.  After I heard this, I felt so sad as a member.  I was a deacon sitting there and I was wondering why, as an elder, he regarded our church so low and thought our church didn't deserve any donation.  This hurt me a lot.

Elder Chang:  Ok, let me say it again.  Weilin just mentioned, what was my proposal to Weichi?  After selling this property, we then reset and reset to 10 years ago, set $2 million as matching fund once again.

CHANG-000346