# EXHIBIT 1

# 1B01



# 1B02



# 1B03





# 1B04





# 1B06





# 1B07





# 1B08



# 1B28



Date: 10/8/15  FBI Item #: F-1
Description: S-3 Email correspond and loan documentation
Location: 22215 Rae Lane, Cupertino, CA 95014  found on desk in Room F 1B28
Finders 1 Name & Initials: B. Gerbracht BDG
Finders 2 Name & Initials: M. Matulich MEM
Case #: 318A-SF-5786066



# 1B31



# 1B32



# 1B39



# 1B44





# 1B45





# 1B46





# 1B51





318A-SF-5786066

1B-51

SJECR 

# 1B52



# 1B53



# 1B54





IB54-000001