1  CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
2  Sugarman & Cannon
737 Tehama Street, No. 3
3  San Francisco, CA 94103
Telephone: 415-362-6252
4  Facsimile: 415-362-6431
chris@sugarmanandcannon.com
5
6  Attorneys for Defendant WEILIN CHANG

7  JULIA M. JAYNE, State Bar No. 202753
Jayne Law Group, P.C.
8  483 9th Street, Suite 200
Oakland, CA 94607
9  Telephone: 415-623-3600
Facsimile: 415-623-3605
10  julia@jaynelawgroup.com

11  Attorney for Defendant JONATHAN CHANG

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

| | |
|---|---|
| 15  UNITED STATES OF AMERICA, | Case No. 16-cr-00047 EJD |
| 16       Plaintiff, | **DEFENDANTS JONATHAN & WEILIN CHANG'S MOTION TO SEAL EXHBITS TO DOC. NO. 122** |
| 17       vs. | |
| 18  JONATHAN CHANG & WEILIN CHANG, | |
| 19       Defendants. | |

20

21  **TO THE HONORABLE EDWARD J. DAVILA AND THE CLERK OF THE ABOVE**

22  **ENTITLED COURT:**

23       Pursuant to Criminal Local Rule 56-1(b) and Civil Local Rule 79-5(b), defendants Jonathan

24  Chang and Weilin Grace Chang, by and through counsel, hereby respectfully request that this Court issue

25  an Order sealing the following exhibits, listed below, to Motion in Limine No. 6, Doc. No. 122.  The

26  exhibits were filed with incomplete redactions and therefore expose potential personal information that

27  should have been redacted under the Local Rules.

28

The exhibits that should be sealed in Doc. No. 122 are:

Exhibit 2, Doc. No. 122-2
Exhibit 3, Doc. No. 122-3
Exhibit 4, Doc. No. 122-4
Exhibit 6, Doc. No. 122-6
Exhibit 7, Doc. No. 122-7
Exhibit 8, Doc. No. 122-8
Exhibit 9, Doc. No. 122-9 (manually filed with the court)
Exhibit 13, Doc. No. 122-13
Exhibit 16, Doc. No. 122-16
Exhibit 20, Doc. No. 122-20
Exhibit 22, Doc. No. 122-22
Exhibit 24, Doc. No. 122-24
Exhibit 25, Doc. No. 122-25
Exhibit 33, Doc. No. 122-33
Exhibit 34, Doc. No. 122-34
Exhibit 35, Doc. No. 122-35
Exhibit 36, Doc. No. 122-36
Exhibit 38, Doc. No. 122-38
Exhibit 40, Doc. No. 122-40
Exhibit 41, Doc. No. 122-41
Exhibit 42, Doc. No. 122-42

This motion is supported by the Declaration of Matthew A. Laws, which is attached hereto, and all records, filings and pleadings in this action.

Dated: JULY 17, 2019                    Respectfully submitted,

                                        /s/
                                        Christopher J. Cannon
                                        Matthew A. Laws
                                        Attorneys for WEILIN CHANG

                                        /s/
                                        Julia M. Jayne
                                        Attorney for JONATHAN CHANG