UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE:  USA v. JONATHAN CHANG & GRACE CHANG
# CASE NUMBER: 16-cr-00047-EJD
## Minute Order and Trial Log

Date: 8/21/2019
Time in Court: 8:25-8:45am,8:51-10:05,10:45-12:18pm,1:36-3:19,3:40-3:50,3:55-4:45pm
 **(TOTAL time: 5 Hrs. 50 Mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Patrick Delahunty, Sarah Griswold
Also present: Agent Mark Matulich
Defendant Attorney(s) present:  Julia Jayne, Christopher Cannon, Matthew Laws, Ashley Riser
Also present: Jonathan and Grace Chang (out of custody)

**PROCEEDINGS:  Jury Trial (Day 5)**

Further Jury Trial held testimony heard, and evidence entered.  Further Jury Trial set for Friday 8/23/2019 at 8:30 am
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 159,195,52,89,90,91,92,93,94,95,96,97,98,99,100,101,102,103,104,105,106,107,108, 109,110,111,112,113,114,115,116,117,118,119,120,121,122,123,124,125,126,127,128,129,130, 131,132,133,134,135,136,137,138,139,140,141,142,54,193,194,158,160,161,81,82,82,83,84,85, 86,87,88,79,80(1st pg ONLY),71,72,73,74,75,76,77,78
Defendants: None

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **159,195,52,89,90,91,92,93,94,95,96,97,98,99,100,101,102,103,104,105,106,107,108, 109,110,111,112,113,114,115,116,117,118,119,120,121,122,123,124,125,126,127,128,129,130, 131,132,133,134,135,136,137,138,139,140,141,142,54,193,194,158,160,161,81,82,82,83,84,85, 86,87,88,79,80(1st pg ONLY),71,72,73,74,75,76,77,78**
Defendants: None

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Jonathan Chang & Grace Chang
Case No:  5:16cr00047EJD

# TRIAL LOG

| TRIAL DATE: 8/21/2019 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 8:25 am | Court in session outside presence of Jury addressing concern of Juror | |
| | | 8:35 am | Juror #7 present in courtroom with Court outside presence of Jury | |
| | | 8:42 am | Juror #7 excused from courtroom and Court meets with Counsel | |
| | | 8:45 am | Court takes brief recess | |
| | | 8:51 am | Jury seated. Court in session | |
| | | 8:51 am | Cross examination of W#4 resumes by Counsel Julia Jayne | |
| | EX | | **ADMITTED – Ex 159** | |
| | CX | 9:11 am | Cross examination of W#4 by Counsel Christopher Cannon | |
| | | 9:15 am | Sidebar | |
| | | 9:19 am | Cross examination of W#4 resumes by Counsel Cannon | |
| RDX | | 9:25 am | Re-direct examination of W#4 by AUSA Sarah Griswold | |
| | RCX | 9:27 am | Re-cross examination of W#4 by Counsel Julia Jayne | |
| | | 9:28 am | W#4 excused subject to recall, witness steps down | |
| | | 9:28 am | Counsel requests the stipulations be stated on the record | |

| **TRIAL DATE: 8/21/2019** | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 9:32 am | Court reads stipulations to the Jury – Dkt. 168 filed 8/14/2019, Dkt. 176 filed 8/20/2019 | |
| EX |  |  | **ADMITTED – Ex 195** | |
|  |  | 9:40 am | Court admitted the exhibits as stated on the record by AUSA Patrick Delahunty per the Stipulation of Dkt. 168 | |
| EX |  |  | **ADMITTED – 52,89,90,91,92,93,94,95,96,97,98,99,100,101,102,103,104,105,106,107, 108,109,110,111,112,113,114,115,116,117,118,119,120,121,122,123, 124,125,126,127,128,129,130,131,132,133,134,135,136,137,138,139, 140,141,142 (Per Stipulation Dkt. 168)** | |
|  |  | 9:40 am | Government calls W#5 Carlene Kikugawa. W#5 sworn | |
| DX |  | 9:42 am | Direct examination of W#5 begins by AUSA Sarah Griswold | |
|  |  | 9:45 am | Sidebar | |
|  |  | 9:55 am | Court informs Jury that Counsel needs time to assist the Court | |
|  |  | 9:56 am | Court excuses Jury and instructs to return at 10:45 am | |
|  |  | 10:00 am | Court in session outside presence of Jury | |
|  |  | 10:05 am | Court takes recess | |
|  |  | 10:45 am | Court in session outside presence of Jury | |
|  |  | 10:58 am | Jury seated and Court in session | |
|  |  | 11:00 am | Direct examination resumes of W#5 | |
|  |  | 11:11 am | Sidebar | |
|  |  | 11:19 am | Direct examination resumes of W#5 | |
| EX |  |  | **ADMITTED – Ex 54** | |
| EX |  |  | **ADMITTED – Ex 194** | |

| **TRIAL DATE: 8/21/2019** | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX | | | **ADMITTED – Ex 193** | |
| EX | | | **ADMITTED – Ex 158** | |
| EX | | | **ADMITTED – Ex 160** | |
| EX | | | **ADMITTED – Ex 161** | |
| | | 11:31 am | Government moves to qualify W#5 as an expert for forensic accounting | |
| | | 11:32 am | Court designates W#5 as an expert in forensic accounting | |
| EX | | | **ADMITTED – Ex 81** | |
| EX | | | **ADMITTED – Ex 82** | |
| EX | | | **ADMITTED – Ex 83** | |
| EX | | | **ADMITTED – Ex 84** | |
| EX | | | **ADMITTED – Ex 85** | |
| EX | | | **ADMITTED – Ex 86** | |
| EX | | | **ADMITTED – Ex 87** | |
| EX | | | **ADMITTED – Ex 88** | |
| | | 12:18pm | Jury excused for lunch recess | |
| | | 12:18pm | Court takes lunch recess | |
| | | 1:36 pm | Court in session outside presence of Jury re evidentiary objections | |
| | | 1:40 pm | Jury seated. Court in session | |
| | | 1:40 pm | Direct examination of W#5 resumes by AUSA Sarah Griswold | |
| EX | | | **ADMITTED – Ex 79** | |
| EX | | | **ADMITTED – Ex 80 (1st pg. ONLY)** | |

| **TRIAL DATE: 8/21/2019** | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 3:17 pm | Jury excused for 15 min recess | |
|  |  | 3:18 pm | Court in session outside presence of Jury | |
|  |  | 3:19 pm | Court in recess | |
|  |  | 3:40 pm | Court in session outside presence of Jury | |
|  |  |  | Parties agree that the Stipulation will be read by the Court to Jury: The property at 2091 Clematis Court was sold by Joseph Chiu, Daphne Chang's father in-law to HOC Associates, LLC | |
| EX |  |  | **ADMITTED – Ex 71** | |
| EX |  |  | **ADMITTED – Ex 72** | |
| EX |  |  | **ADMITTED – Ex 73** | |
|  |  | 3:50 pm | **OFF RECORD** | |
|  |  | 3:55 pm | Court back on record | |
|  |  | 3:57 pm | Jury seated. Court in session | |
|  |  |  | Court reads stipulation into the record | |
|  |  | 4:00 pm | Direct examination of W#5 resumes by AUSA Sarah Griswold | |
|  |  | 4:05 pm | Sidebar | |
|  |  | 4:12 pm | Direct examination of W#5 resumes | |
| EX |  |  | **ADMITTED – Ex 74** | |
| EX |  |  | **ADMITTED – Ex 75** | |
| EX |  |  | **ADMITTED – Ex 76** | |
| EX |  |  | **ADMITTED – Ex 77** | |
| EX |  |  | **ADMITTED – Ex 78** | |

| TRIAL DATE: 8/21/2019 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 4:43 pm | Court admonishes the Jury and Jury is excused | |
| | | 4:44 pm | Court in session outside presence of Jury re scheduling | |
| | | 4:45 pm | Court adjourned. Further Jury Trial Friday 8/23/2019 at 8:30 am | |
| | | | | |