UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE:  USA v. JONATHAN CHANG & GRACE CHANG
## CASE NUMBER:  16-cr-00047-EJD
### Minute Order and Trial Log

Date: 8/23/2019
Time in Court: 8:27-8:36am,8:45-10:21,10:44am-12:02pm,1:12-2:07,2:26-2:36,2:38-4:35pm
 **(TOTAL time: 6 Hrs. 5 Mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Patrick Delahunty, Sarah Griswold
Also present: Agent Mark Matulich
Defendant Attorney(s) present:  Julia Jayne, Christopher Cannon, Matthew Laws
Also present: Jonathan and Grace Chang (out of custody)

**PROCEEDINGS:  Jury Trial (Day 6)**

Further Jury Trial held testimony heard, and evidence entered.  Further Jury Trial set for Monday 8/26/2019 at 8:30 am
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 173,176,182,183,39,190,80

Defendants: 1168,1169,1170,1171,1125

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **173,176,182,183,39,190,80**

Defendants: **1168,1170,1171,1125**

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Jonathan Chang & Grace Chang
Case No:  5:16cr00047EJD

# TRIAL LOG

| TRIAL DATE: 8/23/2019 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 8:27 am | Court in session outside presence of Jury with Counsel | |
|  |  | 8:36 am | **Court takes recess** | |
|  |  | 8:45 am | Jury seated.  Court in session | |
|  |  | 8:45 am | Government requests to admit exhibits | |
| EX |  | 8:45 am | **ADMITTED – Ex's 173,176,182,183,39,190** | |
|  |  | 8:46 am | Direct examination resumes of W#5 by AUSA Sarah Griswold | |
|  |  | 9:04 am | **Stipulation that John Chang is the son of Jonathan and Wei-Len Chang stated to the Jury** | |
|  |  | 9:08 am | Sidebar | |
|  |  | 9:13 am | Resumes direct examination | |
| EX |  |  | **ADMITTED – Ex 80 (Pg. 1) – Exhibit 80 now fully admitted** | |
|  |  | 10:20 am | Direct examination of W#5 concludes | |
|  |  | 10:21 am | **Court takes 15 min recess** | |
|  |  | 10:44 am | Jury seated. Court in session | |
|  | CX | 10:44 am | Cross examination of W#5 begins by Counsel Julia Jayne | |
|  | EX | 1168 | **ADMITTED – Ex 1168** | |

2

| TRIAL DATE: 8/23/2019 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 12:00pm | **Jury excused for lunch recess** | |
| | | 12:01pm | Court in session outside presence of Jury re scheduling | |
| | | 12:02pm | **Court takes lunch recess** | |
| | | 1:12 pm | Jury seated. Court in session | |
| | | 1:12 pm | Court requests sidebar | |
| | | 1:13 pm | Cross examination resumes of W#5 by Counsel Julia Jayne | |
| | EX | | **ADMITTED – Ex 1170** | |
| | EX | | IDENTIFIED – Ex 1169 (Objection sustained re admission of exhibit) | |
| | | 1:53 pm | Sidebar | |
| | | 1:58 pm | Cross examination resumes | |
| | | 2:00 pm | Sidebar | |
| | | 2:05 pm | Jury excused for a brief recess | |
| | | 2:06 pm | Court in session outside presence of Jury | |
| | | 2:07 pm | **Court takes recess** | |
| | | 2:26 pm | Court in session outside presence of Jury | |
| | | 2:36 pm | **Off record** | |
| | | 2:38 pm | Jury seated. Court in session | |
| | CX | 2:39 pm | Cross examination of W#5 begins by Counsel Christopher Cannon | |
| | EX | | **ADMITTED – Ex 1171** | |
| | EX | | IDENTIFIED – Ex 1178* | |
| | | 3:04 pm | Sidebar | |

| TRIAL DATE: 8/23/2019 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br> Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX | 3:06 pm | **Counsel CORRECTS Exhibit IDENTIFIED 1178 SHOULD BE Marked as Ex 1174** | |
|  |  | 3:06 pm | Cross examination resumes of W#5 by Counsel Cannon | |
| RDX |  | 3:22 pm | Re-direct examination of W#5 begins by AUSA Sarah Griswold | |
|  |  | 3:22 pm | W#5 excused subject to recall. W#5 steps down | |
|  |  |  | Government pauses their case in chief to take defense witness out of order | |
|  |  | 3:25 pm | Defense begins their case and calls witness | |
|  |  | 3:27 pm | Defense calls W#6 Michelle Wang, W#5 sworn ASSISTED BY A MANDARIN INTERPRETER – **Anthony Tam** | |
|  |  | 3:30 pm | Court reads instruction to the Jury re the usage of an interpreter for witness | |
|  | DX | 3:31 pm | Direct examination of W#6 begins by Counsel Julia Jayne | |
|  | EX |  | **ADMITTED – Ex 1125** | |
|  |  | 4:28 pm | Court admonished jury excused | |
|  |  | 4:29 pm | Court in session outside presence of Jury | |
|  |  | 4:35 pm | Court adjourned for the day.  Further Jury Trial scheduled for Monday 8/26/2019 at 8:30 am | |
|  |  |  |  | |

4