UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

## TITLE: USA v. JONATHAN CHANG & GRACE CHANG
## CASE NUMBER: 16-cr-00047-EJD
### Minute Order and Trial Log

Date: 8/26/2019
Time in Court: 8:10-9:10am, 9:18-10:40, 10:52-12:16pm
 **(TOTAL time: 3 Hrs. 46 Mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present: Patrick Delahunty, Sarah Griswold
Also present: Agent Mark Matulich
Defendant Attorney(s) present: Julia Jayne, Christopher Cannon, Matthew Laws
Also present: Jonathan and Grace Chang (out of custody)
**Interpreter:** Marilyn Luong (Mandarin)

---

**PROCEEDINGS: Jury Trial (Day 7)**

Further Jury Trial held testimony heard, and evidence entered. Further Jury Trial set for Tuesday 8/27/2019 at 8:30 am
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs:

Defendants: 1175

**The following exhibits are ADMITTED into evidence:**
Plaintiffs:

Defendants: **1175**

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Jonathan Chang & Grace Chang
Case No:   5:16cr00047EJD

# TRIAL LOG

| **TRIAL DATE: 8/26/2019** | | | **REPORTER(S):** Irene Rodriguez | **CLERK**: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:10 am | Court in session outside presence of Jury with Counsel. Witness Kikugawa steps out of courtroom | |
| | | 8:36 am | Witness #5 Carlene Kikugawa takes the stand and is questioned by defense outside presence of the Jury – Counsel Christopher Cannon questions witness | |
| | | 8:48 am | AUSA Sarah Griswold questions witness re issue | |
| | | 8:52 am | W#5 steps down and exits courtroom | |
| | | 8:53 am | Court meets with counsel outside presence of witness and jury | |
| | | 8:56 am | Court denied defense request to strike W#5's testimony | |
| | | 9:09 am | **Court takes recess** | |
| | | 9:18 am | Jury Seated. Court in session | |
| DX | | 9:18 am | Continued direct examination of W#6 Michelle Wang by Counsel Julia Jayne and witness is assisted by Mandarin Interpreter Marilyn Luong | |
| | CX | 9:37 am | Cross examination of W#6 by AUSA Patrick Delahunty | |
| RDX | | 9:58 am | Re-direct examination of W#6 by Counsel Julia Jayne | |
| | | 9:58 am | Government asks for sidebar | |
| | | 10:01 am | Re-direct examination resumes | |

2

| **TRIAL DATE: 8/26/2019** | | | **REPORTER(S):**  Irene Rodriguez | **CLERK**:  Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 10:08 am | W#6 testimony concludes and witness steps down | |
|  |  | 10:09 am | Defendants call next witness W#7 Lean Wang. W#7 sworn | |
| DX |  | 10:10 am | Direct examination of W#7 begins by Counsel Julia Jayne | |
|  |  | 10:29 am | W#7 testimony concludes and witness steps down | |
|  |  | 10:31 am | Sidebar | |
|  |  | 10:32 am | Jury excused for 15 min recess | |
|  |  | 10:32 am | Court in session outside of presence of Jury | |
|  |  | 10:40 am | **Court takes recess** | |
|  |  | 10:52 am | Jury seated. Court in session | |
|  |  | 10:52 am | Sidebar | |
|  |  | 10:55 am | Defendants call next witness W#8 Steven Boyles. W#8 sworn. | |
| DX |  | 10:55 am | Direct examination of W#8 begins by Counsel Julia Jayne | |
|  |  | 10:59 am | Defense moves to designate W#8 Steven Boyles as an expert in forensic accounting, Government had no objection | |
|  |  | 11:00 am | Court designates W#8 as an expert in forensic accounting | |
|  |  | 11:05 am | Government requests sidebar | |
|  |  | 11:08 am | Direct examination resumes | |
| EX |  | 11:33 am | **ADMITTED – Ex 1175 (7 slides) (Admitted subject to discussion at sidebar)** | |
|  |  | 12:11pm | Court admonishes Jury and excused for the day to return tomorrow | |
|  |  | 12:11pm | Court in session outside presence of Jury taking up scheduling | |
|  |  | 12:16pm | Trial adjourned and Further Jury Trial tomorrow 8/27/2019 at 8:30 am | |