# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

## TITLE: USA v. JONATHAN CHANG & GRACE CHANG
## CASE NUMBER: 16-cr-00047-EJD
## Minute Order and Trial Log

Date: 8/29/2019
Time in Court: 8:43-8:46am,8:57-10:23,10:42-12:00pm,1:20-2:03,4:19-4:21,4:27-4:44pm
 **(TOTAL time: 3 Hrs. 49 Mins. )**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Patrick Delahunty, Sarah Griswold
Also present: Agent Mark Matulich
Defendant Attorney(s) present: Julia Jayne, Christopher Cannon, Matthew Laws, Ashley Riser
Also present: Jonathan and Grace Chang (out of custody)

**PROCEEDINGS: Jury Trial (Day 10)**

Further Jury Trial held, closing arguments heard. Jury deliberations begin. Further Jury Trial set for Tuesday 9/3/2019 at 8:30 am for further jury deliberations.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: None
Defendants: None

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: None
Defendants: None

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Jonathan Chang & Grace Chang
Case No:  5:16cr00047EJD

# TRIAL LOG

| TRIAL DATE: 8/29/2019 | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:43 am | Court in session outside presence of Jury. Court confirmed with Counsel the final instructions, verdict form and exhibits admitted |
| | | 8:46 am | **Court takes recess** |
| | | 8:57 am | Jury seated. Court in session |
| | | 8:57 am | Closing arguments begins by AUSA Sarah Griswold |
| | | 9:25 am | Closing arguments begins by Counsel Julia Jayne on behalf of Defendant Jonathan Chang |
| | | 10:23 am | **Court takes 15 min recess** |
| | | 10:42 am | Jury seated. Court in session |
| | | 10:42 am | Closing arguments begins by Counsel Christopher Cannon on behalf of Defendant Grace Chang |
| | | 11:28 am | Sidebar |
| | | 11:32 am | Rebuttal closing arguments by AUSA Patrick Delahunty |
| | | 11:58 am | Closing arguments concludes |
| | | 11:59 am | Court admonishes jury and jury excused for lunch |
| | | 12:00pm | **Court takes lunch recess** |
| | | 1:20 pm | Jury seated.  Court in session |

| **TRIAL DATE: 8/29/2019** | | | **REPORTER(S):** Irene Rodriguez | **CLERK**: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 1:20 pm | Court reads instructions to the Jury | |
| | | 1:54 pm | Court concludes reading the instructions | |
| | | 1:54 pm | Sidebar | |
| | | 1:55 pm | Court Security Officer sworn | |
| | | 1:56 pm | Jury leaves courtroom to begin Jury deliberations | |
| | | 1:57 pm | Court speaks with alternate jurors and instructs them re their standby | |
| | | 2:00 pm | Alternate jurors excused | |
| | | 2:00 pm | Court in session outside presence of Jury taking up schedule of jury | |
| | | 2:03 pm | **Court takes recess** | |
| | | 4:19 pm | Court in session outside presence of Jury regarding note received from Jury | |
| | | 4:21 pm | **Court takes recess** | |
| | | 4:27 pm | Jury seated. Court in session | |
| | | 4:27 pm | Court confers with Jury regarding note submitted | |
| | | 4:32 pm | Jury excused for the day and will return on Tuesday 9/3/2019 at 8:30 for further deliberations | |
| | | 4:33 pm | Court in session outside presence of Jury taking up jury request for printing exhibits, Counsel agrees will provide a full set (hard copy) of admitted exhibits to Jury | |
| | | 4:44 pm | Court adjourns for the day. Further Jury Trial Tuesday 9/3/2019 at 8:30 for deliberations | |
| | | | | |