FILED

SEP 05 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-cr-00047 EJD |
| Plaintiff, | VERDICT FORM |
| v. | |
| JONATHAN CHANG,<br>a/k/a RuWu Charng, and<br>GRACE CHANG,<br>a/k/a Wei-Lin Chang, | |
| Defendants. | |

CASE NO. 16-CR-00047 (REVISED 9/4/2019)            1

## COUNT ONE

1. We, the Jury, unanimously find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| JONATHAN CHANG | _____ | _____ |
| GRACE CHANG | _____ | _____ |

(place an X on the appropriate line) of Conspiracy To Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349, from at least in or about August 2004 through in or about January 2016, as charged in Count One of the Indictment.

## COUNT TWO

2. We, the Jury, unanimously find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| JONATHAN CHANG | _____ | __X__ |
| GRACE CHANG | _____ | _____ |

(place an X on the appropriate line) of Wire Fraud, in violation of Title 18, United States Code, Sections 1343 and 2, as to a wire transfer in the amount of $15,975 to HOC Associates, Inc.'s Wells Fargo Account *7117 on or about February 11, 2011, as charged in Count Two of the Indictment.

## COUNT THREE

3. We, the Jury, unanimously find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| JONATHAN CHANG | _____ | __X__ |
| GRACE CHANG | _____ | _____ |

(place an X on the appropriate line) of Wire Fraud, in violation of Title 18, United States Code, Sections 1343 and 2, as to a wire transfer in the amount of $15,975 to HOC Associates, Inc.'s Wells Fargo Account *7117 on or about March 22, 2011, as charged in Count Three of the Indictment.

//
//

## COUNT FOUR

4. We, the Jury, unanimously find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| JONATHAN CHANG |  | X |
| GRACE CHANG |  |  |

(place an X on the appropriate line) of Wire Fraud, in violation of Title 18, United States Code, Sections 1343 and 2, as to a wire transfer in the amount of $15,975 to HOC Associates, Inc.'s Wells Fargo Account *7117 on or about April 12, 2011, as charged in Count Four of the Indictment.

## COUNT FIVE

5. We, the Jury, unanimously find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| JONATHAN CHANG |  | X |
| GRACE CHANG |  |  |

(place an X on the appropriate line) of Wire Fraud, in violation of Title 18, United States Code, Sections 1343 and 2, as to a wire transfer in the amount of $15,975 to HOC Associates, Inc.'s Wells Fargo Account *7117 on or about May 10, 2011, as charged in Count Five of the Indictment.

## COUNT SIX

6. We, the Jury, unanimously find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| JONATHAN CHANG |  |  |
| GRACE CHANG |  |  |

(place an X on the appropriate line) of Conspiracy To Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h), from at least in or about August 2004 through in or about January 2016, as charged in Count Six of the Indictment.

//

## COUNT SEVEN

7. We, the Jury, unanimously find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| JONATHAN CHANG |  | X |
| GRACE CHANG |  |  |

(place an X on the appropriate line) of Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2, as to a transfer in the amount of $5,000 from HOC Associates, Inc.'s Wells Fargo Account *7117 to HOCCC's Wells Fargo account on *8499 on or about March 30, 2012, as charged in Count Seven of the Indictment.

## COUNT EIGHT

8. We, the Jury, unanimously find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| JONATHAN CHANG |  | X |
| GRACE CHANG |  |  |

(place an X on the appropriate line) of Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2, as to a transfer in the amount of $19,000 from HOC Associates, Inc.'s Wells Fargo Account *7117 to HOC Associates Inc.'s Wells Fargo account *9314 on or about October 24, 2012, as charged in Count Eight of the Indictment.

## COUNT NINE

9. We, the Jury, unanimously find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| JONATHAN CHANG |  | X |
| GRACE CHANG |  |  |

(place an X on the appropriate line) of Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2, as to a transfer in the amount of $4,000 from HOC Associates, Inc.'s Wells Fargo Account *9314 to RuWu Charng's HSBC account *1406 on or about October 25, 2012, as charged in Count Nine of the Indictment.

| | |
|---|---|
| Dated: 9/5/19 | _____<br>FOREPERSON |