DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PATRICK R. DELAHUNTY (CABN 257439)
SARAH GRISWOLD (CABN 240326)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5081
patrick.delahunty@usdoj.gov
sarah.griswold@usdoj.gov

Attorneys for United States of America

FILED

JAN - 6 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-cr-00047 EJD |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| JONATHAN CHANG, <br>    a/k/a RuWu Charng, and <br> GRACE CHANG, <br>    a/k/a Wei-Lin Chang, | |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses certain counts in the above indictment without prejudice as follows:

### I. DEFENDANT JONATHAN CHANG A/K/A RUWU CHARNG

As to defendant Jonathan Chang, the government moves to dismiss:

- Count 1: Conspiracy to Commit Wire or Mail Fraud (18 U.S.C. § 1349)

NOTICE OF DISMISSAL
No. CR 16-00047 EJD_____
7/10/2018

v.

- Count 6: Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h))

## II. DEFENDANT GRACE CHANG A/K/A WEI-LIN CHANG

As to defendant Grace Chang, the government moves to dismiss all counts, specifically:

- Count 1: Conspiracy to Commit Wire or Mail Fraud (18 U.S.C. § 1349)
- Counts 2, 3, 4, and 5: Wire Fraud (18 U.S.C. § 1343)
- Count 6: Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h))
- Counts 7, 8, and 9: Money Laundering (18 U.S.C. § 1956(a)(1)(B)(i))

DATED: January 6, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/S/_____
HALLIE HOFFMAN
Chief, Criminal Division

***

Leave is granted to the government to dismiss without prejudice certain counts in the indictment against:

1. Jonathan Chang:
   - Count 1: Conspiracy to Commit Wire or Mail Fraud (18 U.S.C. § 1349)
   - Count 6: Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h))

2. Grace Chang:
   - Count 1: Conspiracy to Commit Wire or Mail Fraud (18 U.S.C. § 1349)
   - Counts 2, 3, 4, and 5: Wire Fraud (18 U.S.C. § 1343)
   - Count 6: Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h))
   - Counts 7, 8, and 9: Money Laundering (18 U.S.C. § 1956(a)(1)(B)(i))

Date: 1/6/2020

_____
HON. EDWARD J. DAVILA
United States District Judge