Christopher J. Cannon (No. 88034)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile:  (415) 362-6431
Email: chris@sugarmanandcannon.com

Attorney for Defendant,
        JONATHAN CHANG.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JONATHAN CHANG, aka RuWu Chang,<br><br>        Defendant. | Case No. 5:16-cr-00047-EJD [NC]<br><br>**DEFENDANT'S UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER TO PERMIT TRAVEL TO SCOTTSDALE, AZ, FROM DECEMBER 17, 2025, UNTIL JANUARY 7, 2026** |

This Court released Jonathan Chang on an unsecured $200,000.00 bond more than seven years ago.  He has been faithful to the conditions of release and remains out of custody.

Mr. Chang now requests permission to travel to Scottsdale, Arizona, to visit his daughter from December 17, 2025, to January 7, 2026.

On December 5, 2025, Assistant United States Attorney Jeffrey Nedrow informed undersigned counsel that he did not object to this Motion.

This Court granted similar Motions on November 21, 2024,  Doc. 526, and May 22, 2025, Doc. 528, and no issues arose during those travels.

/

5:16-cr-00047-EJD [NC] – United States v. Chang
Unopposed Motion and [~~Proposed~~] Order to Permit Defendant to Travel Outside District

1

Accordingly, Mr. Chang moves this Court to grant permission for him to travel to Scottsdale, Arizona, to visit his daughter from December 17, 2025, to January 7, 2026.

Mr. Chang shall provide Pretrial with his specific itinerary prior to his departure.

DATED: December 8, 2025                               Respectfully submitted,

                                                     *s/ Christopher J. Cannon*
                                                     Christopher J. Cannon
                                                     Counsel for Jonathan CHANG

**IT IS SO ORDERED.**

DATED:   December 8, 2025

                                                     ~~Hon. Judge Nathanael M. Cousins~~
                                                     United States Magistrate Judge
                                                     Virginia K. DeMarchi

5:16-cr-00047-EJD [NC] – United States v. Chang
Unopposed Motion and [~~Proposed~~] Order to Permit Defendant to Travel Outside District