UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 16-cr-00047-EJD-1 (VKD) |
|---|---|
| Plaintiff, | |
| v. | **ORDER STRIKING DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL TO TAIWAN WITHOUT PREJUDICE** |
| JONATHAN CHANG, | |
| Defendant. | Re: Dkt. No. 566 |

The Court strikes defendant Jonathan Chang's motion for permission to travel to Taiwan. *See* Dkt. No. 566. The motion effectively requests a temporary modification to Mr. Chang's conditions of release. It is unclear whether the United States opposes the motion or whether Pretrial Services has been consulted for its views. As Mr. Chang's request is not presented as a stipulated request for relief pursuant to Criminal Local Rule 47-4, it must be presented as a noticed motion pursuant to Local Rule 47-2, or if appropriate as an *ex parte* motion pursuant to Local Rule 47-3. Because Mr. Chang's motion does not comply with this District's Criminal Local Rules, the Court strikes the motion. Mr. Chang may refile an appropriate motion that complies with these rules.

**IT IS SO ORDERED.**

Dated: December 16, 2025

Virginia K. DeMarchi
United States Magistrate Judge