CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone:  (415) 362-6252
Facsimile:  (415) 362-6431
chris@sugarmanandcannon.com

Attorney for Defendant,
        JONATHAN CHANG.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JONATHAN CHANG, aka RuWu Chang,<br><br>        Defendant. | Case No. 5:16-cr-00047-EJD<br><br>**COUNSEL'S DECLARATION REGARDING STATUS**<br><br>[PUBLIC REDACTED VERSION] |

I, Christopher J. Cannon, declare under penalty of perjury:

1.      On March 23, 2026, the Court issued an Order denying the Government's Motion for Reconsideration of the Court's new Trial Order; and at a status hearing that day, set a new status hearing for June 1, 2026

2.      Prior to the status hearing, undersigned counsel discussed further proceedings with the government, and the government indicated it needed time to decide whether to appeal the Court's denial of its Motion to Reconsider the Court's Order granting a New Trial and the Order itself.

3.      The government and the defense agreed that a continuance until June 1, 2026, would give the government the time to make those decisions.

4.      In addition to the time required for the government to decide whether to appeal, I have a personal reason affecting my availability.

5.      Unfortunately, ███████████████████████████████████████

██ ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████

██    ██████████████████████

██    ████████████████████████████████████████████ I cannot provide a solid date when I will be able to return to competent representation in the trial court.

18.    I do think, however, that if the government files an appeal, I would be able to represent Jonathan Chang on that appeal.

19.    I have discussed my family situation with Jonathan Chang, and he would like me to continue to represent him while the government considers its next steps and on appeal, if the government files an appeal of the Court's grant of a new trial.

20.    That process will take some time, and Jonathan Chang and I will decide at the end of that process whether I will be able to represent him at trial or whether he will have to obtain new counsel.

21.    Accordingly, I think that the time between the last appearance in this matter and the status date set for June 1 is excludable so that there may be continuity of counsel; and when we know what the government will do, and have more information regarding ████████████████ and my availability, we will be better able to make an informed decision regarding further steps.

Executed this 30th of March 2026.

*s/ Christopher J. Cannon*
Christopher J. Cannon