CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, CA 95113
    Telephone: (408) 535-5045
    E-mail: jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 5:16-cr-00047 EJD |
|     Plaintiff, | ) |
|     v. | ) **NOTICE OF APPEAL** |
| JONATHAN CHANG, aka RuWu Chang, | ) |
|     Defendant. | ) |

Pursuant to 18 U.S.C. § 3731, the United States of America hereby appeals to the United States Court of Appeals for the Ninth Circuit from the orders of this Court entered on July 29, 2025, and March 23, 2026, respectively granting Defendant Jonathan Chang's motion for new trial (Dkt. 530) and denying the government's August 12, 2025, motion (Dkts. 536, 544, 545, 550) for reconsideration of the order granting new trial (Dkt. 579), which vacate Defendant's conviction and sentence (Dkts. 200, 274) as entered in the judgment and amended judgment (Dkts. 277, 286).

DATE: April 6, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jeff Nedrow*
JEFFREY D. NEDROW
Assistant United States Attorney

GOVERNMENT'S NOTICE OF APPEAL
16-CR-00047 EJD                1