CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, CA 95113
Telephone: (408) 535-5045
E-mail: jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN CHANG, aka RuWu Chang,<br><br>Defendant. | Case No. 5:16-cr-00047 EJD<br><br>**STIPULATION TO UNSEAL EXHIBITS AND [PROPOSED] ORDER** |

On July 29, 2025, the Court terminated all existing sealing-related motions, and ordered the parties to submit a joint filing identifying the following based on the guidance provided in this Order: (a) a list of documents to be fully unsealed and posted on the public docket; (b) a list of documents that can remain fully sealed; and (c) a list of documents that can be publicly filed with redactions. The Court also directed that the joint filing address any disputes over the scope of sealing. CR 529. Pursuant to that order, the parties hereby stipulate that the attached list of documents may be fully unsealed and posted on the public docket. The parties anticipate additional documents will be publicly filed, however some of those documents may contain limited redactions.

**DOCUMENTS TO BE FULLY UNSEALED AND POSTED ON THE PUBLIC DOCKET**

Exhibits Filed in Support of Defense Motion for New Trial (ECF No. 388)

Exhibit A
Exhibit E

Exhibits Filed in Support of Supplemental Memo in Support of Motion for New Trial (ECF No. 483)

Exhibit 1A
Exhibit 1E
Exhibit 2
Exhibit 3
Exhibit 12
Exhibit 13
Exhibit 14
Exhibit 26
Exhibit 28
Exhibit 29
Exhibit 31

ECF No. 495

It is so stipulated that the above-listed filing and exhibits be unsealed.

DATED: October 2, 2026

/s/
CHRIS CANNON
Counsel for Defendant Jonathan Chang

DATED: October 2, 2026

/s/
JEFFREY NEDROW
Assistant United States Attorney

The Court hereby orders the above-summarized list of exhibits, along with ECF No. 495, to be unsealed and posted in the public docket.

**IT IS SO ORDERED.**

DATED:

HON. EDWARD J. DAVILA
United States District Judge